<u>Declaration of Wes Pigott</u>

I, Wes Pigott, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. Until earlier this year, I worked for the D'Argent Companies. I worked there for approximately two years.

3. I was the general manager of D'Argent's Huddle House franchise, and I reported to Justin Giallonardo.

**A.   I was instructed by Justin Giallonardo to delete any employee hours over forty hours per week.**

4. At Huddle House, employees would clock-in and clock-out using last four digits of their social security number in an electronic time management system called "Aloha."

5. Employees would frequently work more than forty hours in a week. But Justin Giallonardo ordered told me to delete any employee time over forty hours per week, so as to avoid paying any overtime.

6. Per his instructions, every two weeks I would use Aloha to call up a "payroll report." If any employee had worked more than forty hours per week, I would use the "edit punch" functionality to reduce their hours to forty hours. I would then send the hours from Aloha to the Heartland payroll system to be paid.

7. I thought this was wrong, and so one month I stopped doing it. Justin punished me by deducting approximately $8,000 from my paychecks – which was the amount of the overtime that I did not delete over a period of time.

8. I estimate that over the course of her work at Huddle House, I deleted in excess of $10,000 of overtime for Samantha Williams alone.

**B.** █████████████████████

   9. █████████████████████

█████████████████████████████

█████████████████████████████

███████████████████

   10. ████████████████████

████████████████

   11. ███████████████████

█████████████████████████████

█████████████████████████████

██████████

**C.** ███████████████████████

   12. ███████████████████

████████████

   13. ██████████████████

█████████████████████████████

█████████████████████████████

█████████████████████████████

██████████

   14. ██████████████████

█████████████████████████████

██████

   15. ██████████████████

16. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮

18. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

20. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

21. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮

22. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

23. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮

24. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

26. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



███████████████████████████████████████████

██████████████

27. ████████████████████████████████████
███████████████████████████████████████████

████████████████

28. ██████████████████████████████████

██████

29. ██████████████████████████████████

████████████████

30. ██████████████████████████████████
███████████████████████

31. ████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████

32. ██████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

████████

33. ████████████████████████████████████

████████████████

34. ██████████████████████████████████

██████████████████████

35. ████████████████████████████████████

4

36. █████████████████████████████

37. █████████████████████████████

38. █████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

_____ Date: 11/9/20
Wes Pigott