**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

**SAMANTHA WILLIAMS, *et al.*,**
**V.**
**D'ARGENT FRANCHISING, L.L.C., *et al.***

**CONSENT TO JOIN**

  I WANT TO JOIN THIS LAWSUIT. I hereby consent to be a party plaintiff in the collective action lawsuit captioned *Samantha Williams v. D'Argent Franchising, L.L.C*. I wish to preserve and pursue any claim that I may have to the greatest extent possible. Therefore, I expressly consent to the use of this consent form for purposes of making me a party plaintiff in this case to recover unpaid minimum and overtime wages, liquidated damages and all other relief provided under the Fair Labor Standards Act related to Defendants' failure to pay minimum wage, failure to pay overtime, and retaliation.

  By signing and returning this consent form, I authorize the law firms of the Law Office of William Most, LLC and Kenneth C. Bordes, Attorney at Law, LLC ("Plaintiffs' Counsel") to represent me in this case. I consent to having Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs. I hereby agree to be bound by any judgment of the Court or any settlement entered into in this matter.

Signature: _[DocuSigned signature]_   Date: 11/21/2020
CA857FC4EEC64F6...

Dakota Fisher
Print Name

Current Address:   6019 Caroline Dr.
       Street
       Alexandria, LA 71301   /   /
       City    State   Zip

Current Email Address: stephanieadamsla@gmail.com

Current Telephone No.: (318) 787-7136