UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT, <br><br> Plaintiffs, <br><br> v. <br><br> D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY <br><br> Defendants. | DOCKET NO.: 1:20-cv-01501 <br><br> JUDGE DAVID C. JOSEPH <br><br> MAGISTRATE JOSEPH H. L. PEREZ-MONTES |
| SAMANTHA WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY <br><br> Defendants. | DOCKET NO. 21-CV-00017-DCJ-JPM <br><br> JUDGE DAVID C. JOSEPH <br><br> MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING ON TO QUASH SUBPOENAS TO ALYSSA SETLIFF, JULIENNE SERRANO, AND TWITTER OR, ALTERNATIVELY, FOR PROTECTIVE ORDER AND MOTION FOR IMMEDIATE PROTECTIVE ORDER**

MAY IT PLEASE THE COURT:

Contemporaneously with the filing of the instant Motion, Defendants, D'Argent Franchising, LLC, D'Argent Construction, LLC, D'Argent Companies, LLC, Thomas

1

Giallonardo, III, and Justin Giallonardo have filed a Motion requesting that the Court quash the subpoenas issued by Plaintiffs, or alternatively, issue a Protective Order, prohibiting or limiting the production of any information and/or documents.

In his February 23, 2021 email communication first notifying undersigned counsel of his intent to issues the subpoenas in question, Plaintiffs' counsel advised that he was sending out the subpoenas "that day." The subpoenas call for the production of documents by March 30, 2021.

For the reasons for fully set out in Defendants' Motion to Quash, filed under seal contemporaneously herewith, and to ensure that Defendants have an opportunity to present their arguments in favor of quashing the subpoenas, or otherwise prohibiting or limiting the production through a protective order before any documents are produced by the subpoenaed parties, Defendants request that the Court expedite its Motion and also issue a Protective Order prohibiting production until such time as Defendants can be heard.

**JACKSON LEWIS P.C.**

*/s/ Susan Fahey Desmond*
SUSAN FAHEY DESMOND (T.A.)
La. Bar Roll No. 25380
E-mail: Susan.Desmond@jacksonlewis.com
GILLIAN G. W. EGAN
La. Bar Roll No. 36842
E-mail: Gillian.Egan@jacksonlewis.com
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

**COUNSEL FOR DEFENDANTS D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, AND JUSTIN GIALLONARDO**