UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT, <br><br> Plaintiffs, <br><br> v. <br><br> D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY <br><br> Defendants. | DOCKET NO.: 1:20-cv-01501 <br><br> JUDGE DAVID C. JOSEPH <br><br> MAGISTRATE JOSEPH H. L. PEREZ-MONTES |
| SAMANTHA WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY <br><br> Defendants. | DOCKET NO. 21-CV-00017-DCJ-JPM <br><br> JUDGE DAVID C. JOSEPH <br><br> MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

## DEFENDANTS' EX-PARTE MOTION TO FILE DEFENDANTS' MOTION TO QUASH SUBPOENAS AND FOR PROTECTIVE ORDER UNDER SEAL

**COME NOW** Defendants, D'Argent Franchising, LLC, D'Argent Construction, LLC, D'Argent Companies, LLC, Thomas Giallonardo, III, Justin Giallonardo (collectively, "Defendants"), and respectfully move this Honorable Court to issue an Order directing the Clerk of Court to seal Defendants' Motion to Quash Subpoenas and for Protective Order ("Motion to

1

Quash"). Defendants' Motion to Quash contains arguments concerning protection of confidential written settlement agreements and non-public information concerning same, including the identities of individuals who have not consented to release of their information in connection with this matter. Therefore, in order to preserve the Confidentiality of the very information Defendants' Motion to Quash seeks to protect from disclosure, the Motion cannot be filed in the public record.

**WHEREFORE**, Defendants respectfully ask the Court to permit Defendants to file their Motion to Quash under seal.

**JACKSON LEWIS P.C.**

*/s/ Susan Fahey Desmond*
SUSAN FAHEY DESMOND (T.A.)
La. Bar Roll No. 25380
E-mail: Susan.Desmond@jacksonlewis.com
GILLIAN G. W. EGAN
La. Bar Roll No. 36842
E-mail: Gillian.Egan@jacksonlewis.com
650 Poydras Street, Suite 1900
New Orleans, Louisiana  70130
Telephone:     (504) 208-1755
Facsimile:      (504) 208-1759

**COUNSEL FOR DEFENDANTS
D'ARGENT FRANCHISING, LLC,
D'ARGENT CONSTRUCTION, LLC,
D'ARGENT COMPANIES, LLC,
THOMAS GIALLONARDO, III, AND
JUSTIN GIALLONARDO**

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed using the Court's ECF system which will send electronic notice of the filing to all parties. I further certify that the proposed sealed documents were served upon counsel for plaintiff(s) via electronic mail on the 1st day of March, 2021.

*/s/ Susan Fahey Desmond*
SUSAN FAHEY DESMOND