UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT,<br><br>    Plaintiffs,<br><br>v.<br><br>D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY<br><br>    Defendants. | DOCKET NO.: 1:20-cv-01501<br><br>JUDGE DAVID C. JOSEPH<br><br>MAGISTRATE JOSEPH H. L. PEREZ-MONTES |
| SAMANTHA WILLIAMS,<br><br>    Plaintiffs,<br><br>v.<br><br>D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY<br><br>    Defendants. | DOCKET NO. 21-CV-00017-DCJ-JPM<br><br>JUDGE DAVID C. JOSEPH<br><br>MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

## **ORDER**

**CONSIDERING** the motion filed by Defendants to allow for the filing of Defendants' Motion to Quash Subpoenas and for Protective Order under seal;

**IT IS ORDERED** that Defendant's motion is **GRANTED** and the Defendants Motion to Quash Subpoenas and for Protective Order shall be filed with the Court under seal.

_____
JUDGE