UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **SAMANTHA WILLIAMS ET AL** | **CASE NO. 1:20-CV-01501** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **D'ARGENT FRANCHISING L L C ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER OF REFERENCE

Considering the consents to trial filed by all parties in this action, **IT IS HEREBY ORDERED** that the above-captioned case be, and the same is hereby referred to the Honorable **Joseph H. L. Perez-Montes**, United States Magistrate Judge, to conduct all further proceedings and the entry of judgment.

THUS DONE in Chambers on this _____ day of _____, 2021.

David C. Joseph
United States District Judge