UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**SAMANTHA WILLIAMS ET AL**         **CASE NO. 1:20-CV-01501**

**VERSUS**                          **JUDGE DAVID C. JOSEPH**

**D'ARGENT FRANCHISING L L C ET AL**   **MAGISTRATE JUDGE PEREZ-MONTES**

**MINUTES OF COURT:**
Scheduling Conference

| Date: | March 10, 2021 | Presiding: | MAGISTRATE JUDGE Joseph H. L. Perez-Montes |
|---|---|---|---|
| Court Opened: | 1:30 p.m. | Courtroom Deputy: | Yvonna Tice |
| Court Adjourned: | 1:45 p.m. | Court Reporter: | Zoom Recording |
| **Statistical Time:** | **00:15** | Courtroom: | Video Conference |

**APPEARANCES**

| William Brock Most, Kenneth Bordes, by video | For | Samantha Williams, Plaintiff, et al |
|---|---|---|
| Gillian Egan, by video | For | D'Argent Companies L L C, Defendant, et al |

**PROCEEDINGS**

Scheduling Conference **held.**

**RULING/COMMENTS:**
A **FIVE-DAY** jury trial is scheduled beginning May 23, 2022 at 9:00 a.m. as a 2nd setting. A pretrial conference is set for April 20, 2022 at 11:00 a.m. in chambers.