UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMANTHA WILLIAMS, DAKOTA FISHER, individually And on behalf of those similarly Situated, and WES PIGOTT, | CIVIL ACTION: 20-cv-1501<br><br>HON. DAVID C. JOSEPH<br>MAG. JOSEPH H.L. PEREZ-MONTES |
| VERSUS | |
| D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE CO. | JURY TRIAL DEMANDED<br><br>Putative Collective Action<br>Pursuant to 29 U.S.C. § 216(b) |

**PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION
AND EQUITABLE TOLLING, OR IN THE ALTERNATIVE, EQUITABLE TOLLING**

Plaintiffs Samantha Williams and Dakota Fisher (collectively "Plaintiffs"), come now to request conditional certification and/or equitable tolling of the claims of potential class-members in this FLSA collective action.

Plaintiffs bring this collective action against Defendants D'Argent Franchising, LLC, D'Argent Construction, LLC, Thomas Giallonardo, III, Justin Giallonardo (collectively, "D'Argent" or "Defendants"), to challenge Defendants' common policy and practice of failing to compensate their employees properly for overtime hours worked. Specifically, Plaintiffs, on behalf of themselves and all others similarly situated (D'Argent employees), allege that Defendants employed an illegal company-wide scheme and/or common policy of failing to pay their employees for hours worked in excess of forty in a workweek at one and one-half times their regular hourly rate, and manipulation and destruction of records related to hours worked, in violation of the Fair Labor Standards Act ("FLSA").

Plaintiffs have conferred with Defendants, both through prior counsel and current counsel,

1

sending draft tolling stipulations through each respectively. Each time the offer to stipulate to conditional certification and/or tolling has been rejected by Defendants, prompting this motion.

Plaintiffs now move for conditional certification and equitable tolling related to the following class of putative Opt-In Plaintiffs:

> All employees who are or were employed by Defendants D'Argent Franchising, LLC, D'Argent Construction, LLC, or D'Argent Companies, LLC at any point from three years prior to the date of filing this Complaint to the present (November 21, 2017 to present), who have worked over 40 hours in at least one workweek from November 21, 2017 to the present, and who were subject to the pay practices of D'Argent Franchising, LLC, D'Argent Construction, LLC, or D'Argent Companies, LLC during that time.

Evidencing support for their Motion, Plaintiffs offer this Court their own declarations, the declarations of two former D'Argent managers who confess to deleting overtime hours, and D'Argent's explicit, written policy of not paying overtime to salaried workers. As these evidentiary Declarations and the following analysis demonstrate, Defendants' common pay schemes failed to compensate Plaintiffs and their similarly situated employees for overtime hours at the rates they are entitled by federal law to receive. Accordingly, Plaintiffs request that this Court order conditional class certification and toll the statute of limitations on class members' claims from the date Defendants' discovery was due, March 26, 2021 through a Court approved Notice period, or, in the alternative, equitable toll class members' claims from March 26, 2021 through a Notice period to be later to be determined by the Court.

Respectfully Submitted,

/s/Kenneth C. Bordes
Kenneth C. Bordes (Bar #35668)
**KENNETH C. BORDES,
ATTORNEY AT LAW, LLC**
4224 CANAL ST.
NEW ORLEANS, LA 70119
P: 504-588-2700
F: 504-708-1717
E: kcb@kennethbordes.com

William Most (La. Bar No. 36914)<br>
Caroline Gabriel (La. Bar No. 38224)<br>
Most & Associates<br>
201 St. Charles Ave. Suite 114 #101<br>
New Orleans, LA 70170<br>
(504) 509-5023<br>
williammost@gmail.com<br>
caroline.gabriel.ma@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been electronically filed with the Clerk of Court and served on opposing counsel via the CM/ECF system in accordance with Fed. R. Civ. P. 5(b)(3) on this 7th day of April, 2021.

    /s/Kenneth C. Bordes
    Kenneth C. Bordes