## Declaration of Samantha Williams

I, Samantha Williams, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. I worked at a Huddle House restaurant franchise owned by D'Argent Companies from April 2019 to August 2020.

3. I worked as a server and was in training for a management position.

4. I reported to Wes Pigott, who reported directly to Justin Giallonardo.

5. I would frequently work more than forty hours in a week. But if I recorded those hours in Aloha, Wes would delete the hours over forty.

6. Based on my conversations with other workers, I learned that the overtime deletion wasn't specific to me – everyone was not getting paid for hours over forty in a week.

7. In my role as a management trainee, I also saw the payroll records and saw that workers were not getting paid for hours they worked over forty in a week.

8. I also heard Justin Giallonardo talk about this specifically. He would meet with franchise managers Wes Pigott and Richard Molina at the Huddle House counter. One time I heard Justin talk to Wes Pigott and Richard Molina about how their workers were getting overtime pay, and how the managers should not allow the overtime pay. I heard Wes Pigott say to Justin Giallonardo, "You got to pay these guys, man, it's not right."

9. From this and other conversations, I understood that D'Argent's general policy was to not pay workers at all for hours they worked over 40 hours in a week. Not only was D'Argent not paying time-and-a-half for overtime hours, it was D'Argent policy not to pay *at all* for overtime hours.

I declare under penalty of perjury that the foregoing is true and correct.

_____  Date: 4/6/2021
Samantha Williams