## Declaration of Dakota Fisher

I, Dakota Fisher, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. I worked for D'Argent Construction, LLC from January to early March 2020.

3. I was primarily a construction worker, but I would also work on D'Argent's development projects as well.

4. I would routinely work more than forty hours per week for D'Argent.

5. But I did not receive pay for hours worked over forty in a week.

6. Sometimes I would work as many as 70 hours per week and not get any overtime.

7. I was not alone; my co-workers were also denied any overtime pay.

I declare under penalty of perjury that the foregoing is true and correct.

_____  Date: 4/7/2021

Dakota Fisher

1