

William Most <williammost@gmail.com>

## D'Argent FLSA Case

**William Most** <williammost@gmail.com>  Thu, Dec 10, 2020 at 2:07 PM
To: "Hill, Mark" <MHill@thompsoncoe.com>
Cc: Kenneth Bordes <kcb@kennethbordes.com>, "Popp, Matthew" <MPopp@thompsoncoe.com>

Mark,

Attached is a rough draft.

Thanks!

William

On Thu, Dec 10, 2020 at 10:32 AM Hill, Mark <MHill@thompsoncoe.com> wrote:

> Yes and you advised that you would send a draft of that tolling agreement as well as the notice you may run so I would have some paper to discuss with my folks.
>
> Thanks,
>
> Mark
>
> 
>
> Mark Hill • Senior Attorney
>
> 650 Poydras St., Suite 2105, New Orleans, LA 70130
>
> o: 504-526-4337
>
>  bio • vCard • web
>
> **From:** William Most <williammost@gmail.com>
> **Sent:** Thursday, December 10, 2020 12:30 PM
> **To:** Kenneth Bordes <kcb@kennethbordes.com>
> **Cc:** Hill, Mark <MHill@thompsoncoe.com>; Popp, Matthew <MPopp@thompsoncoe.com>
> **Subject:** Re: D'Argent FLSA Case
>
> Mark,
>
> Thank you for speaking with us yesterday. As we discussed, you'll let us know which path D'Argent would like to proceed down by next Thursday. If D'Argent wants to discuss early resolution, a tolling agreement may be necessary to preserve class member rights.
>
> Thank you!

William

On Mon, Dec 7, 2020 at 12:16 PM Kenneth Bordes <kcb@kennethbordes.com> wrote:

> Yes. Thanks
>
> **Kenneth C. Bordes, Attorney at Law, L.L.C.**
>
> 4224 CANAL ST. • NEW ORLEANS • LA • 70119
>
> P: 504.588.2700 • F: 504.708.1717 • E: kcb@kennethbordes.com
>
> Licensed in Louisiana and New York
>
> www.KennethBordes.com
>
> _____
>
> **NOTICE: THIS BLOCK DOES NOT AND IS NOT INTENDED TO CONSTITUTE AN ELECTRONIC SIGNATURE PURSUANT TO E-SIGN 15 USC 7001 et. seq.**
>
> **This communication, together with any attachments hereto or links contained herein, is intended for the use of the intended recipient(s) only and may contain information that is confidential or legally protected. If you are not the intended recipient you are hereby notified that any review, disclosure, copying, dissemination, distribution or other use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately by return e-mail message and delete all copies of the original communication, along with any attachments hereto or links herein, from your system.**
>
>> On Dec 7, 2020, at 2:06 PM, William Most <williammost@gmail.com> wrote:
>>
>> Kenny,
>>
>> Does 10:00am Weds work for you?
>>
>> If so, let's call in to this:
>>
>> Dial-in Number: (425) 436-6260
>> Access Code: 5710095
>>
>> William
>>
>>> On Mon, Dec 7, 2020 at 12:04 PM Hill, Mark <MHill@thompsoncoe.com> wrote:
>>>
>>>> William,
>>>>
>>>> I now have to cover something tomorrow. Wednesday works. 10-11 or 2-3?

Mark

Mark Hill • Senior Attorney

650 Poydras St., Suite 2105, New Orleans, LA 70130

o: 504-526-4337

bio • vCard • web

**From:** William Most <williammost@gmail.com>
**Sent:** Monday, December 7, 2020 1:22 PM
**To:** Hill, Mark <MHill@thompsoncoe.com>
**Cc:** Popp, Matthew <MPopp@thompsoncoe.com>; Kenneth Bordes <kcb@kennethbordes.com>
**Subject:** Re: D'Argent FLSA Case

Mark,

Are there times tomorrow that work for you?

William

On Fri, Dec 4, 2020 at 5:22 PM Hill, Mark <MHill@thompsoncoe.com> wrote:

> William,
>
> I will double check regarding waiver for the insurer. Like I said on the phone, I just wanted to avoid anyone being defaulted while this coverage issue sorts itself out.
>
> I will check my calendar next week and let you know regarding discussion with you and Kenny.
>
> Have a nice weekend,
>
> Mark
>
> Sent from my iPhone
>
>> On Dec 4, 2020, at 4:29 PM, William Most <williammost@gmail.com> wrote:
>>
>> **TCIT Security Warning**: Possible scam or phishing attempt. This email was not sent from a private email source- PROCEED WITH CAUTION!
>>
>> Mark,

Thanks for calling earlier. You let me know that you will be representing D'Argent in the FLSA case as well as Ms. Williams' EEOC matter. You explained that the insurer has made a preliminary determination of no coverage for the FLSA cae, but there may be a duty to defend - and so you are defending for now. But they are likely to be coming up with a final determination soon.

You also explained that the "XYZ Insurance Co." does operate as a waiver for the insurer.

As I mentioned, Kenny Bordes is our co-counsel on the FLSA case. Would you be free next Monday or Tuesday to talk to Kenny and I about next steps, any possibility of early resolution, and what we might want to do to hold open that possibility? If so, what times work for you?

Thanks,

William

**Confidentiality Notice:** This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law. Unauthorized review, use, disclosure, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy the original and all copies of the message. Thank you.

Tax Advice Disclosure: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

 **TOLLING AGREEMENT Draft.docx**
23K