

William Most <williammost@gmail.com>

# Amended Complaint, 26(f) Conference

**Egan, Gillian G.W. (New Orleans)** <Gillian.Egan@jacksonlewis.com> Tue, Feb 23, 2021 at 1:35 PM
To: William Most <williammost@gmail.com>, Kenneth Bordes <kcb@kennethbordes.com>, Caroline Gabriel <caroline.gabriel.ma@gmail.com>
Cc: "Desmond, Susan Fahey (New Orleans)" <Susan.Desmond@jacksonlewis.com>, "Gulotta, Rachel T. (New Orleans)" <Rachel.Gulotta@jacksonlewis.com>, "James, Rhonda (New Orleans)" <Rhonda.James@jacksonlewis.com>

William –

I wanted to follow up on a few things from our conversation last week. First, please find attached a Rule 26(f) conference sheet for each matter, for your review and fill-ins. Our client consents to the magistrate judge in each matter, so I have so indicated on these forms. I inserted a couple of proposed discovery deadlines, those are open to discussion. I pulled this form from the judge's page on the court website.

Second, we will share the name of the insurer – State Farm Fire & Casualty Company. However, we will not consent to amendment of the Title VII complaint to add State Farm and/or allegations concerning integrated enterprise, unless Plaintiff agrees to strike the below allegations.

- ¶¶ 93-147: None of these paragraphs reference Williams, and all of them concern hearsay on hearsay.
- ¶¶ 195-208: Allegations regarding @LeroyGuillot Twitter account and alleged spoliation of evidence. None of this has any relevance whatsoever to Williams's allegations, as there is no assertion that the Twitter account mentioned her, or that she saw it.

If Plaintiff does not agree to strike those allegations from the amended complaint, then we cannot agree to consent to its filing. We also cannot agree to consent to tolling or to a putative collective. Thank you -

Gillian

**Gillian G. Egan**
Attorney at Law
**Jackson Lewis P.C.**
650 Poydras Street Suite 1900
New Orleans, LA 70130
Direct: (504) 208-5859 | Main: (504) 208-1755 | Mobile: (251) 214-2769
Gillian.Egan@jacksonlewis.com | www.jacksonlewis.com

Visit our resource page for information and guidance on COVID-19's workplace implications

---

**2 attachments**

 **Report on the meeting of the parties (harassment).docx**
29K

 **Report on the meeting of the parties (FLSA).docx**
30K