William Most <williammost@gmail.com>

## Defendants' responses to Interrogatories

Egan, Gillian G.W. (New Orleans) <Gillian.Egan@jacksonlewis.com>   Mon, Apr 5, 2021 at 7:58 PM
To: William Most <williammost@gmail.com>, Caroline Gabriel <caroline.gabriel.ma@gmail.com>, Kenneth Bordes <kcb@kennethbordes.com>
Cc: "Desmond, Susan Fahey (New Orleans)" <Susan.Desmond@jacksonlewis.com>, "Gulotta, Rachel T. (New Orleans)" <Rachel.Gulotta@jacksonlewis.com>

Attached please find Defendants' responses to Plaintiffs' Interrogatories. As for the Requests for Production, before we can supply those objections and responses we should discuss how to handle certification of the collective in light of *Swales*. I have recently handled the issue in another matter by filing what we called a *Swales* motion, which determined preliminary discovery regarding the facts material to the question of whether and who is similarly situated. We would also like to discuss search terms, custodians, and date ranges for appropriate ESI, as we will be required to conduct searches in order to answer some of these and would like to limit having to go back for multiple searches. I am taking a deposition on Friday but have wide availability Thursday –

Gill

**Gillian G. Egan**
Attorney at Law
**Jackson Lewis P.C.**
650 Poydras Street Suite 1900
New Orleans, LA 70130
Direct: (504) 208-5859 | Main: (504) 208-1755 | Mobile: (251) 214-2769
Gillian.Egan@jacksonlewis.com | www.jacksonlewis.com

Visit our resource page for information and guidance on COVID-19's workplace implications

**5 attachments**


D'Argent Construction LLCs' Answers to Interrogatories.pdf
52K

D'Argent Franchising LLCs' Answers to Interrogatories.pdf
53K


D'Argent Companies LLCs' Answers to Interrogatories.pdf
41K

Justin Giallonardo's Answers to Interrogatories.pdf
45K

Thomas Giallonardo's Answers to Interrogatories.pdf
44K