## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAMANTHA WILLIAMS, DAKOTA FISHER,** individually And on behalf of those similarly Situated, and **WES PIGOTT,** | CIVIL ACTION: 20-cv-1501<br><br>HON. DAVID C. JOSEPH<br>MAG. JOSEPH H.L. PEREZ-MONTES |
| VERSUS | |
| **D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO,** and **XYZ INSURANCE CO.** | JURY TRIAL DEMANDED<br><br>Putative Collective Action<br>Pursuant to 29 U.S.C. § 216(b) |

### Proposed Order

Having duly considered Plaintiff's Motion for Conditional Certification and Equitable Tolling, or in the Alternative, Equitable Tolling, IT IS HEREBY ORDERED that the motion is GRANTED. It is ordered that the following class of potential opt-in plaintiffs is conditionally certified:

> All employees who are or were employed by Defendants D'Argent Franchising, LLC, D'Argent Construction, LLC, or D'Argent Companies, LLC at any point from three years prior to the date of filing this Complaint to the present (November 21, 2017 to present), who have worked over 40 hours in at least one workweek from November 21, 2017 to the present, and who were subject to the pay practices of D'Argent Franchising, LLC, D'Argent Construction, LLC, or D'Argent Companies, LLC during that time.

Within ten days of this order, Defendants shall disclose to Plaintiffs the names, last known home addresses, email addresses (business and home), and home and cellular telephone numbers for the above-defined potential opt-in plaintiffs. The information shall be provided in electronic form, with electronically-recognizable text.

The parties are furthermore ordered to meet and confer within ten (10) days from the entry of the Court's Order to confer on a proposed Notice and Consent Form to Putative Class Members.

Plaintiffs are granted permission to allow the proposed Notice and Consent Forms to be mailed,

texted, and emailed to the class members. *Beall v. Tyler Technologies, Inc.*, 2009 WL 3064689, at *1 (E.D. Tex. 2009) (granting class notice via email and later compelling the employer to produce all email addresses, both personal and work); *see also Davis v. Westgate Planet Hollywood Las Vegas, LLC.*, 2009 WL 102735, at * 15 (D. Nev. 2009) (granting class notice via U.S. mail and email).

Defendants are ordered to post the Notice and Consent forms in common areas of Defendants' operational locations - including all franchise locations, the D'Argent main office, and any construction or development sites – for the entire length of the approved opt-in period, for example next to where Defendant currently posts employee schedules and other notices. *See Whitehorn v Wolfgang's Steakhouse, Inc.*, 2011 WL 420528, at *2 (S.D.N.Y. 2011) ("Courts routinely approve requests to post notice on employee bulletin boards and in other common areas, even where potential members will also be notified by mail."); *Garcia v. Pancho Villa's of Huntington Vill., Inc.*, 678 F. Supp. 2d 89, 96 (E.D.N.Y. 2010) ("[W]hile Defendant object to the posting of the Notice at their business locations--and request an order prohibiting it--such a practice has been routinely approved in other cases.").

[AND/OR]

The Court grant Plaintiffs' Motion for Equitable Tolling for all Putative Class Members to March 26, 2021, the date Defendants' responses to Plaintiffs' Requests for Production were due. The statute of limitations for all claims identified in Plaintiffs' complaint shall be equitably tolled for all persons meeting the criteria of Plaintiffs' proposed collective class, as of March 26, 2021.

Alexandria, Louisiana, this _____ day of _____, 2021.

_____
UNITED STATES JUDGE
WESTERN DISTRICT OF LOUISIANA