# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT,<br><br>Plaintiffs,<br><br>v.<br><br>D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY<br><br>Defendants. | DOCKET NO.: 1:20-cv-01501<br><br><br>MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

## DECLARATION OF Redacted

I, Redacted, declare under penalty of perjury as follows:

1) I am over 18 years of age and competent to give this Declaration based upon my personal knowledge.

2) I am the former Accountant and Human Resources Manager for D'Argent Construction, LLC located at 1460 Centre Court in Alexandria, Louisiana. I held that position from April 23, 2020 through February 25, 2021. From 2011 through 2014, I held the position of Office Manager and Human Resources Manager for D'Argent Construction, LLC.

3) While employed by D'Argent Construction I was most recently paid on a salaried basis at the rate of $1,000 per week (annualized to $52,000.00 per year), and my salary rate was never reduced for quality or quantity of work. I was paid weekly.

4) Attached is a true and correct copy of two of my payroll checks (Exhibit A.)

1

5) As part of my duties as an employee working at D'Argent Construction, I only went to the Huddle House located at 2710 S. MacArthur Drive in Alexandria, Louisiana twice.

6) As part of my duties as an employee working at D'Argent Construction, I never went to the CC's Coffeehouse located at 2481 LA-28, Pineville, LA 71360.

7) Generally, my schedule was Monday through Friday, 8:00 am to 5:00 pm.

8) As a salaried employee, I did not clock in or out. Some D'Argent Construction hourly employees completed time sheets either on paper, or their time was entered into the Sage Contractor 100 Daily Field Reports by their supervisors. A program called Clock Shark was later used to centralize hourly employee time tracking.

9) I am also generally aware, due to my work in accounting, that employees of the Huddle House clocked in and out using different software called Ahola. Employees of the CC's Coffeehouse clocked in and out using another different software called Partech/Brinks.

10) Payroll for D'Argent Construction employees was processed through Sage Contractor 100 software. For D'Argent Franchising employees, payroll was processed through Heartland, a third-party payroll vendor, up until November 2020. Around that time, we switched to a new payroll provider, Paychex, to process payroll for D'Argent Franchising employees.

11) Justin Giallonardo was my manager while I worked for D'Argent Construction. I reported directly to him and worked with him daily. Although he did not have to review my time, since I did not clock in or out due to being salaried, he would approve my paid time off if I took it.

12) Justin Giallonardo supervised the employees at D'Argent Construction along with Thomas Giallonardo, IV. Justin worked daily in the office at D'Argent Construction, unless he was at an off-site meeting, for example with a potential client.

2

13) I am not aware of Justin Giallonardo or Thomas Giallonardo, III going to either the Huddle House located at 2710 S. MacArthur Drive or the CC's Coffeehouse located at 2481 LA-28, on a regular basis. Those two locations are part of a separate entity, D'Argent Franchising, and have separate management that work in the locations with other employees there. D'Argent Franchising had a separate timekeeping system, a separate payroll system, a separate handbook and different policies from D'Argent Construction.

14) I am not aware of any D'Argent Construction employees going to either the Huddle House located at 2710 S. MacArthur Drive or the CC's Coffeehouse located at 2481 LA-28 to perform work on a regular basis. Similarly, I am not aware of any servers, hosts, cooks, baristas, of the Huddle House or CC's Coffeehouse performing any work for D'Argent Construction as an employee or working at the office located at 1460 Centre Court as a W-2 employee. The managers of each D'Argent Franchising location would visit the office located at 1460 Centre Court on a weekly basis to turn in paperwork such as deposit slips and sales receipts. I am not aware of them performing work for D'Argent Construction.

15) D'Argent Construction, LLC does work in real estate and construction. D'Argent Companies, LLC is a separate company that has no employees. Sometimes in company documents, the branding of "D'Argent Companies" is used to refer to both the real estate and construction sides of D'Argent Construction, LLC. However, everyone who works in real estate or construction or both is an employee of D'Argent Construction, LLC.

16) Huddle House employees' timekeeping, schedule, and pay rate data was managed by their local, on-site managers. Similarly, the CC's Coffeehouse employees' timekeeping, schedule, and pay rate data was managed by their local, on-site managers.

17) The D'Argent Construction employees' timekeeping, schedule, and pay rate data was managed by Justin Giallonardo, Thomas Giallonardo, III, and Thomas Giallonardo, IV.

THE DECLARANT STATES NOTHING FURTHER.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2021
Date

Redacted
Redacted

4816-1427-0183, v. 1

4



# Payroll Check Register
05/01/21

**D'Argent Construction, LLC**

Payroll Check Register
with Calculations
Employee 25 to 25, Period End 09/01/2020 to 09/30/2020

| Record# | Batch# | Check# | Date | Employee# Gross | Add | Deduct | Net |
|---|---|---|---|---|---|---|---|
| Gross Payroll: | | | | 5,000.00 | | | |
| Add-Ons: | | | | | | | |
| Total Add-Ons: | | | | | | | |
| Total Gross + Add: | | | | | | 5,000.00 | |
| Deductions | | | | | | | |
| Social Security | | | | 310.00 | | | |
| Medicare | | | | 72.50 | | | |
| State Income Tax-LA | | | | 151.80 | | | |
| Total Deductions: | | | | 534.30 | | | |
| Net Pay: | | | | 4,465.70 | | | |
| Advances: | | | | | | | |
| Net + Advances: | | | | 4,465.70 | | | |
| Overhead | | | | | | | |
| ER Social Security | | | | 310.00 | | | |
| ER Medicare | | | | 72.50 | | | |
| Workers Compensation | | | | 14.50 | | | |
| Total Overhead: | | | | | | 397.00 | |
| Total Cost of Payroll: | | | | | | 5,397.00 | |

\* Direct Deposit

Report 5-1-2-21
TomG

Page 1 of 1



EXHIBIT
HR Dec
A

05/01/21
01:22 PM



# Payroll Check Register
05/01/21

**D'Argent Construction, LLC**

Payroll Check Register
*with Calculations*
*Employee 25 to 25, Period End 09/01/2020 to 09/30/2020*

| Record# | Batch# | Check# | Date | Employee# / Gross | Add | Deduct | Net |
|---|---|---|---|---|---|---|---|
| 419 | 97 | * 839 | 09/03/2020 | 25 - Redacted  1,000.00 | | 106.86 | 893.14 |
| Social Security | | 62.00 | Medicare | 14.50 | ER Social Security | | 62.00 |
| ER Medicare | | 14.50 | ER FUTA | | Workers Compensati | | 2.90 |
| State Income Tax-LA | | 30.36 | ER State Unemploy | | | | |
| 430 | 98 | * 849 | 09/11/2020 | 25 - Redacted  1,000.00 | | 106.86 | 893.14 |
| Social Security | | 62.00 | Medicare | 14.50 | ER Social Security | | 62.00 |
| ER Medicare | | 14.50 | ER FUTA | | Workers Compensati | | 2.90 |
| State Income Tax-LA | | 30.36 | ER State Unemploy | | | | |
| 441 | 99 | * 859 | 09/18/2020 | 25 - Redacted  1,000.00 | | 106.86 | 893.14 |
| Social Security | | 62.00 | Medicare | 14.50 | ER Social Security | | 62.00 |
| ER Medicare | | 14.50 | ER FUTA | | Workers Compensati | | 2.90 |
| State Income Tax-LA | | 30.36 | ER State Unemploy | | | | |
| 453 | 100 | * 868 | 09/24/2020 | 25 - Redacted  1,000.00 | | 106.86 | 893.14 |
| Social Security | | 62.00 | Medicare | 14.50 | ER Social Security | | 62.00 |
| ER Medicare | | 14.50 | ER FUTA | | Workers Compensati | | 2.90 |
| State Income Tax-LA | | 30.36 | ER State Unemploy | | | | |
| 466 | 101 | * 878 | 10/01/2020 | 25 - Redacted  1,000.00 | | 106.86 | 893.14 |
| Social Security | | 62.00 | Medicare | 14.50 | ER Social Security | | 62.00 |
| ER Medicare | | 14.50 | ER FUTA | | Workers Compensati | | 2.90 |
| State Income Tax-LA | | 30.36 | ER State Unemploy | | | | |

**Grand Totals:**     5,000.00     534.30     4,465.70

# Employee Record
05/01/21

 D'Argent Construction, LLC

Employee Record
with Earnings
Employee# 25 to 25

| | | | | | | |
|---|---|---|---|---|---|---|
| ID# | 25 | Paygroup | | Pay Period | 2 - BiWeekly | |
| First Name | Redacted | Birth Date | Redacted | | | |
| Middle Initial | | Hire Date | 04/23/2020 | Status | 5 - Terminated | |
| Last Name | | Inactive | 02/28/2021 | Emp. Type | 1 - Regular Full-Time | |
| Address 1 | | Last Raise | | Gender | Female | |
| Address 2 | Redacted | Soc. Sec.# | Redacted | Benefit Status | 4 - Married w/Dependents | |
| City | | Tax State | LA | Comp Code | 4003  8810 Clerk Office Emp NOC LA | |
| State | | I-9 Verified | Yes | Position | 3 Office Staff | |
| Zip | | | | | | |
| | | Use Employee | | Payroll | | |
| Phone # | | Comp Code | No | Locale | | |
| Fax # | | No Certified | | Union | | |
| Home # | | Reporting | True | Heritage | 1 - White | |
| Pager # | | | | Adv. Due | | |
| Cell # | | Rate 1 | 25.0000 | Accrued Sick | | |
| Email | Redacted | Rate 2 | 37.5000 | Sick Rate | | |
| | | Rate 3 | 50.0000 | Sick Method | None | |
| User Def 1 | | | | Accrued Vac. | | |
| User Def 2 | Accountant | Commission | | Vacation Rate | | |
| Equipment | | Salary | 1,000.00 | Vac. Method | None | |

Use Direct Deposit    Yes

| | Routing # | Account # | Amount | Account Type | Account Status |
|---|---|---|---|---|---|
| Account 1 | Redacted | Redacted | 100.00 | 1 | 3 |
| Account 2 | | | | 1 | |
| Account 3 | | | | 1 | |
| Account 4 | | | | 1 | |

| Earnings | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 |
|---|---|---|---|---|
| Gross Wages: | 8,000.00 | | | |
| SSC Wages: | 8,000.00 | | | |
| Med. Wages: | 8,000.00 | | | |