# EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT,** | **DOCKET NO.: 1:20-cv-01501** |
| **Plaintiffs,** | **JUDGE DAVID C. JOSEPH** |
| **v.** | |
| **D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY** | **MAGISTRATE JOSEPH H. L. PEREZ-MONTES** |
| **Defendants.** | |

## <u>DECLARATION OF JUSTIN GIALLONARDO</u>

I, Justin Giallonardo, declare under penalty of perjury as follows:

1) I am over 18 years of age and competent to give this Declaration based upon my personal knowledge.

2) Attached as Exhibit "A" to this declaration are true and accurate copies of three (3) statements of earnings for Samantha Williams in connection with her employment at Huddle House.

3) Attached as Exhibit "B" is a true and correct copy of the compensation policies contained in D'Argent Construction, LLC's Employee Manual;

4) Attached as Exhibit "C" is a true and correct copy of the pay policies contained in D'Argent Franchising, LLC's Employee Handbook;

5) Attached as Exhibit "D" are:

1

    a.   Internet screenshot showing address of Huddle House;

    b.   Internet screenshot showing address of CC's Coffeehouse;

    c.   Internet screenshot showing address of D'Argent Construction, LLC;

    d.   Map showing each of these locations.

6)  I am aware that on occasion over the past three years, certain prior employees have signed settlement agreements releasing all employment claims, including wage claims.

7)  Richard Molina has been arrested and charged with theft from D'Argent Franchising. Molina admitted that he had stolen from the company, stating "there's nothing to justify it," "there's nothing I can say or will say," and said he could not disagree with the decision to call the police and report the theft. He said that "that's how it's supposed to go" when he was told he would go to jail, noting "that's the right thing to do." Molina then talked about how going to jail would make it hard for him to cancel the debt, which he admitted he owed. Molina also stated that "in regards to that time theft," he was "not going to say it's ok, because it's not . . . you always want to compare apples to apples and oranges to oranges. What I did, I worked for it. . . the difference is Wes puts his weight on other people to collect the money that he gets. Me, I put it on myself . . ." Molina stated that his theft and Wes's theft were "comparable." I have this conversation in a recording I made at the time.

8)  Wes Pigott hired his romantic partner Samantha Williams and continued to supervise her without ever disclosing the conflict of interest. Pigott never communicated his intent to make Williams a management trainee and never appeared to be training her -- Pigott paid Williams a higher management rate because she was his girlfriend, and not for a legitimate purpose. After his termination I learned that Wes also stole money from people's paychecks.

9)  Tony Hunter, an inmate at Rapides Parish Detention Center ("RPDC"), performed work for the Huddle House as part of RPDC's work release program, reporting to Wes Pigott. On or about March 28, 2020, the work release program was stopped due to COVID-19 precautions.

10) Molina hired his girlfriend, Taylor Smith, and continued to supervise her without ever disclosing the conflict of interest. He then fraudulently entered in working hours for her when she was not working, so that she was paid for many hours she did not work.

11) Recently a former cook for Huddle House notified me that his last check was short by five hours, and I immediately issued him a check for the missing time.

12) I instruct all managers of D'Argent Franchising and D'Argent Construction to schedule their staff and themselves appropriately so that overtime costs are minimized or eliminated. This is sound business practice. However, all time worked for is paid – including all overtime worked. When Wes Pigott or Richard Molina, or any other manager at D'Argent Franchising and D'Argent Construction, would have high overtime costs appearing in their payrolls, I did not instruct them to remove worked overtime but did instruct them to bring the overtime hours down. Notably, both D'Argent Franchising and D'Argent Construction pay overtime to their workers often.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of May, 2021.

JUSTIN GIALLONARDO

4816-4054-5255, v. 1

3

| Statement of Earnings For: | **Samantha Williams** | | | | HUDDLE HOUSE #971 (0170RJ88) |
|---|---|---|---|---|---|

| Employee #: | 1208 | Division: | 100 | Period Begin: | 5/12/2019 | Check Date: | 5/31/2019 | HUDDLE HOUSE #971 (0170RJ88) |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Department: | 100 | Period End: | 5/25/2019 | | | 1460 CENTRE CT |
| SSN: | Redacted | Federal Filing: | Single | Exemptions: | 2 | Additional Tax: | | ALEXANDRIA, LA 71301 |
| Company Id: | 0170RJ88 | State Filing: | | Exemptions: | 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V45411410 | $0.00 | $977.48 | $222.97 | |

**EARNINGS** *Not included in Totals* — **TAXES** — **DEDUCTIONS**

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regular Tipped | 2.1300 | 80.00 | 170.40 | 162.00 | 345.06 | SOC SEC EE | 60.60 | 120.55 | | | |
| Overtime Tipped | 5.7550 | 36.55 | 210.34 | 43.25 | 248.90 | MED EE | 14.17 | 28.19 | | | |
| Tips-Makeup | | 0.00 | 596.74 | 0.00 | 1,050.88 | FEDERAL WH | 53.53 | 93.61 | | | |
| Regular | | 0.00 | 0.00 | 12.00 | 87.00 | LOUISIANA WH | 29.47 | 56.70 | | | |
| Overtime | | 0.00 | 0.00 | 13.03 | 212.55 | | | | | | |

| Total: | | 116.55 | 977.48 | 230.28 | 1,944.39 | Total: | 157.77 | 299.05 | Total: | 0.00 | 0.00 |

| **CURRENT PERIOD LEAVE ACCRUAL** | **DISTRIBUTION OF NET PAY** |
|---|---|

| | Checking | Account: Redacted | Deposit Amount: | 222.97 |
|---|---|---|---|---|

---

HUDDLE HOUSE #971 (0170RJ88)
1460 CENTRE CT
ALEXANDRIA, LA 71301

| CHECK DATE | VOUCHER ID |
|---|---|
| 5/31/2019 | V45411410 |

| TOTAL NET PAY |
|---|
| ********$222.97 |

Your entire Net pay of $222.97 has been deposited in your bank account(s).

1208 100 100
**Samantha Williams**
593 Methodist Camp
Leblanc, LA 70651

NOT NEGO



EXHIBIT
J. Giallonardo Dec
A

| Statement of Earnings For: | **Samantha Williams** | | | | | | HUDDLE HOUSE #971 (0170RJ88) | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 1208 | Division: | 100 | Period Begin: | 6/9/2019 | Check Date: | 6/28/2019 | 1460 CENTRE CT |
| Clock Number: | | Department: | 100 | Period End: | 6/22/2019 | | | ALEXANDRIA, LA 71301 |
| SSN: | Redacted | Federal Filing: | Single | Exemptions: | 2 | Additional Tax: | | |
| Company Id: | 0170RJ88 | State Filing: | | Exemptions: | 2 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V46244886 | $0.00 | $945.73 | $297.11 | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 7.2500 | 4.00 | 29.00 | 38.00 | 275.50 | SOC SEC EE | 58.63 | 223.84 | | | |
| Overtime | 16.3125 | 8.20 | 133.77 | 21.23 | 346.32 | MED EE | 13.71 | 52.35 | | | |
| Regular Tipped | 2.1300 | 76.00 | 161.88 | 296.00 | 630.48 | FEDERAL WH | 49.72 | 168.43 | | | |
| Overtime Tipped | 5.7550 | 21.33 | 122.75 | 77.48 | 445.89 | LOUISIANA WH | 28.23 | 104.37 | | | |
| Tips-Makeup | | 0.00 | 498.33 | 0.00 | 1,912.21 | | | | | | |
| **Total:** | | 109.53 | 945.73 | 432.71 | 3,610.40 | **Total:** | 150.29 | 548.99 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: Redacted | Deposit Amount: 297.11 |

HUDDLE HOUSE #971 (0170RJ88)
1460 CENTRE CT
ALEXANDRIA, LA 71301

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/28/2019 | V46244886 |

Your entire Net pay of $297.11 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ********$297.11 |

1208 100 100

**Samantha Williams**

593 Methodist Camp
Leblanc, LA 70651

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Samantha Williams** | | | | | **HUDDLE HOUSE #971 (0170RJ88)** | | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 1208 | Division: | 100 | Period Begin: | 10/13/2019 | Check Date: | 11/1/2019 | 1460 CENTRE CT |
| Clock Number: | | Department: | 100 | Period End: | 10/26/2019 | | | ALEXANDRIA, LA 71301 |
| SSN: | Redacted | Federal Filing: | Single | Exemptions: | 2 | Additional Tax: | | |
| Company Id: | 0170RJ88 | State Filing: | | Exemptions: | 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | | Check Message | | |
|---|---|---|---|---|---|---|---|
| V50477277 | $0.00 | $883.31 | $292.60 | | | | |

| EARNINGS | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 7.2500 | 0.46 | 3.34 | 48.13 | 327.09 | SOC SEC EE | 54.76 | 718.54 | | | |
| Overtime | 10.8750 | 18.54 | 201.63 | 138.34 | 1,619.92 | MED EE | 12.81 | 168.05 | | | |
| Regular Tipped | 2.1300 | 79.54 | 169.42 | 1,005.87 | 2,142.50 | FEDERAL WH | 42.23 | 554.15 | | | |
| Overtime Tipped | 5.7550 | 9.35 | 53.81 | 216.08 | 1,243.53 | LOUISIANA WH | 25.80 | 337.68 | | | |
| Tips-Makeup | | 0.00 | 455.11 | 0.00 | 6,256.36 | | | | | | |
| **Total:** | | 107.89 | 883.31 | 1,408.42 | 11,589.40 | **Total:** | 135.60 | 1,778.42 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: Redacted | Deposit Amount: 292.60 |

HUDDLE HOUSE #971 (0170RJ88)
1460 CENTRE CT
ALEXANDRIA, LA 71301

| CHECK DATE | VOUCHER ID |
|---|---|
| 11/1/2019 | V50477277 |

Your entire Net pay of $292.60 has been deposited in your bank account(s).

| TOTAL NET PAY |
|---|
| ********$292.60 |

1208 100 100

**Samantha Williams**

593 Methodist Camp
Leblanc, LA 70651

**NOT NEGOTIABLE**



## Table of Contents

Introduction ........................................................................................................................ 4

    Welcome ........................................................................................................................ 4

    Mission Statement........................................................................................................ 4

    Vision Statement .......................................................................................................... 4

    Value Statements ........................................................................................................ 4

    Measuring Success....................................................................................................... 5

    History .......................................................................................................................... 5

    Disclaimer .................................................................................................................... 5

Company Policies .............................................................................................................. 5

    Equal Employment Opportunity................................................................................. 5

    Disability Accommodation .......................................................................................... 6

    Harassment.................................................................................................................. 6

    Violence ....................................................................................................................... 7

    Substance Abuse ......................................................................................................... 8

    Smoking ....................................................................................................................... 8

    Dress Code ................................................................................................................... 8

    Code of Conduct .......................................................................................................... 9

    Company Property........................................................................................................ 10

    Confidentiality ............................................................................................................. 10

Employment Basics .......................................................................................................... 11

    Employment on an At-Will Basis ................................................................................ 11

    I-9 Immigration Reform Policy.................................................................................... 11

    Personal Information.................................................................................................... 11

**EXHIBIT**

tabbies®

J. Giallonardo Dec.

**B**

DEF-FLSA-000001

Employment Categories ................................................................................................. 11

Work Schedules ............................................................................................................. 12

Meal and Rest Periods ................................................................................................... 12

Accommodations for Nursing Mothers ......................................................................... 12

Attendance .................................................................................................................... 13

Holidays ........................................................................................................................ 13

Time Off ........................................................................................................................ 13

Religious Accommodation ............................................................................................. 14

Jury Duty Leave ............................................................................................................. 14

Military Leave ............................................................................................................... 14

Travel ............................................................................................................................ 16

Personal Phone Calls, Mail, & E-mails .......................................................................... 16

Performance Reviews .................................................................................................... 17

Disciplinary Process ...................................................................................................... 17

Termination/Resignation .............................................................................................. 17

Compensation ..................................................................................................................... 18

Reporting Time Worked ................................................................................................ 18

Recording Time ............................................................................................................. 18

Regular Pay ................................................................................................................... 19

Overtime ....................................................................................................................... 19

Garnishment of Wages ................................................................................................. 19

Paycheck Deductions .................................................................................................... 19

Employee Benefits .............................................................................................................. 20

Social Security & Medicare ........................................................................................... 20

Unemployment Compensation ..................................................................................... 20

Supplemental Workers' Compensation Pay .................................................................. 20

Tuition Reimbursement ................................................................................................ 20

Miscellaneous ..................................................................................................................... 20

Gifts and Tips ................................................................................................................ 20

DEF-FLSA-000002

Outside Employment ............................................................................................................... 21

Inclement Weather ................................................................................................................ 21

Safety ..................................................................................................................................... 21

Issue ...................................................................................................................................... 21

Employee Forms ........................................................................................................................ 22

Pre Hire Packet ...................................................................................................................... 22

New Hire Packet .................................................................................................................... 22

Probation ............................................................................................................................... 22

Termination ........................................................................................................................... 22

DEF-FLSA-000003

- Termination—involuntary employment termination initiated by D'Argent Companies
- Layoff—involuntary employment termination initiated by D'Argent Companies for nondisciplinary reasons

If you wish to resign, we ask that you notify your manager of your anticipated departure date at least two weeks in advance. Of course, as much notice as possible is appreciated by D'Argent Companies and your co-workers. This notice should be in the form of a written statement.

If you fail to report to work for three consecutive days without informing management of the planned absence, we will assume that you have voluntarily resigned.

In the case of termination due to resignation, retirement or a permanent reduction in the work force, your accrued vacation pay will be paid on a pro-rata basis. Unused personal time is not paid upon termination. In the case of termination, any vacation or personal/sick time used in excess of accrued time will be deducted from your final paycheck given your prior written permission.

Furthermore, any outstanding financial obligations owed to D'Argent Companies will also be deducted from your final check, given your prior written permission. If your final check does not sufficiently cover the money owed to the company, you will remain liable for that amount.

A meeting between you and your immediate manager will take place prior to your last day of work. If applicable, your rights concerning continuation of group health benefits will be discussed during this meeting.  Parking passes, office keys, company equipment and building passes must be returned at this time, along with all other company property and confidential information.

If you leave D'Argent Companies in good standing, you may be considered for re-employment.

Except as required by law or by separate agreement, employee salary and benefits will end on the date of termination.

Upon resigning from D'Argent Companies, you should continue to provide the company with an accurate address for at least one year for tax purposes and so that your final paycheck can be mailed to you.

## Compensation

The Federal Government requires that D'Argent Companies maintain accurate time tracking for hourly employees. All employees are expected to keep track of their hours worked. Any unauthorized employee who alters the report of another employee's time worked will be subject to disciplinary action up to and including termination.

Federal and state laws require D'Argent Companies to keep accurate records of hours worked by nonexempt (hourly) employees. Clock in no more than five minutes ahead of your start time and clock out no later than five minutes after your quitting time. All nonexempt employees are required to enter their hours worked accurately, including all lunch periods and any rest periods of more than 20 minutes. You are required to notify the Company of any pay discrepancies, unrecorded or misrecorded work hours, or any involuntary missed meal or break periods.

Do not complete the time sheet of any other employees or request that they do so for you. Be sure to indicate your days off. Any changes to your time card must be approved of and initialed by your HR Liaison. Time cards are to be turned in to accounting on the 1st day of each month.

Falsification of time records or recording time for other employees may result in discipline up to and including termination of employment.

Employee benefits are a significant part of your total compensation.

Direct Deposits are issued weekly, every Friday. When the distribution day falls on a holiday, paychecks will be distributed on the preceding business day.

All commissions and or per diems are paid weekly, every Friday. Commissioned amounts are based on actual, collected (payment received) sales for the period less any returns or credits.

Overtime is defined as time worked beyond a forty hour workweek. Hourly waged employees will be compensated on a time and a half basis for overtime.

Employees are to complete their daily and weekly assignments during regular office hours. Non-exempt employees are eligible for overtime for all hours worked in excess of 40 in any work week. It is expected that an employee will comply with any requests to work overtime. The D'Argent Companies will also try to give you as much notice as possible when overtime will be mandated. All overtime designated by your direct supervisor is approved overtime. If an employee works overtime without approval, the overtime must be paid, however the employee may be subject to disciplinary action up to and including termination.

Salaried employees will not be paid on an overtime basis and may be asked to work extra hours as business demands.

D'Argent Companies honors wage garnishments. Employees will be notified when garnishment orders are received.

D'Argent Companies is required by law to make certain deductions from your pay each pay period. This includes income and unemployment taxes, Federal Insurance Contributions Act (FICA) contributions (Social Security and Medicare), and any other deductions required under law or by court order for wage garnishments. The amount of your tax deductions will depend on your earnings and the number of exemptions you list on your federal Form W-4 and applicable state withholding form. You may also authorize voluntary deductions from your paycheck, including contributions for insurance premiums, retirement plans, spending accounts, or other services. Your deductions will be reflected in your wage statement.

The Company will not make deductions to your pay that are prohibited by federal, state, or local law. If you have any questions about deductions from your pay, contact your HR Liaison. You will be reimbursed in full for any isolated, inadvertent, or improper deductions, as defined by law. If an error is found, you will receive an immediate adjustment, which will be paid no later than your next regular payday.

## Employee Benefits

Through Social Security, you and your family are protected against loss of work income due to retirement, disability or death. Medicare protects you against the increasing medical expenses associated with aging. All employees participate in the Social Security program. D'Argent Companies matches the amount of Social Security taxes paid by each employee.

Worker's compensation is a benefits program created by state law that provides medical, rehabilitation, income, death, and other benefits to employees and dependents due to injury, illness, and death resulting from a compensable work-related claim covered by law. This plan, administered by the state and Federal governments, is financed entirely by employers through payroll taxes.

If you are injured on the job, you may be eligible for Worker's Compensation benefits, as stipulated by state law. Workers' Compensation provides for medical, surgical and hospital treatment, as well as weekly compensation for lost work time. If you are injured on the job, you must notify your supervisor immediately or as soon as possible after the injury occurs in order to be eligible for Workers' compensation benefits. All benefits are spelled out in detail under the Workmen's Compensation Law of Louisiana.

D'Argent Companies encourages its employees to attend professional information gatherings such as seminars, workshops or classes that are related to their work at D'Argent Companies. Management may be willing to pay for these experiences. Please let your supervisor know if you are aware of an educational experience that will enhance your work at D'Argent Companies.

## Miscellaneous

Employees are not to accept gifts, tips, gratuities, or special favors from customers or vendors. Employees are prohibited from soliciting money, gifts, or special favors from other employees or their families.

# D'Argent Franchising, LLC Employee Handbook

D'Argent Franchising, LLC Employee Handbook



**EXHIBIT**

J. Giallonardo Dec

**C**

tabbies®

# Article II.   Contents

ARTICLE I.        DISCLAIMER ...................................................................................................2

ARTICLE III.      INTRODUCTION TO OUR COMPANY ...................................................................6

Section 3.01   Our Customers.................................................................................... 6

Section 3.02   Important Information for your First Days at Work ............................ 7

Section 3.03   History of the Huddle House Brand...................................................... 8

Section 3.04   The Purpose of This Handbook............................................................ 8

Section 3.05   Be Sure to Check Out Our Bulletin Board ............................................ 9

ARTICLE IV.       THE EMPLOYMENT RELATIONSHIP...................................................................9

Section 4.01   Employment Is At Will ........................................................................ 9

ARTICLE V.        HIRING ..........................................................................................................10

Section 5.01   Commitment to Equal Opportunity.................................................... 10

ARTICLE VI.       NEW EMPLOYEE INFORMATION ....................................................................10

Section 6.01   Your Role as an Employee ................................................................. 10

Section 6.02   New Employee Orientation ............................................................... 12

Section 6.03   Probation Period................................................................................ 13

Section 6.04   Personnel Records ............................................................................. 13

Section 6.05   Employee Expectations ..................................................................... 14

ARTICLE VII.      SCHEDULES AND WORK HOURS.....................................................................16

Section 7.01   Hours of Work ................................................................................... 16

Section 7.02   Scheduling ........................................................................................ 16

Section 7.03   Meals ................................................................................................ 17

Section 7.04   Rest Breaks ....................................................................................... 17

ARTICLE VIII.     PAY POLICIES.................................................................................................17

Section 8.01   Payday .............................................................................. 17

D'Argent Franchising, LLC Employee Handbook

DEF-FLSA-000026

Section 8.02   Timekeeping ................................................................................................ 18

**ARTICLE IX.      EMPLOYEE BENEFITS** ..............................................................................**18**

Section 9.01   Workplace Accident Coverage ...................................................................... 18

Section 9.02   Leaves of Absence ......................................................................................... 18

**ARTICLE X.      COMPANY PROPERTY** ...............................................................................**19**

Section 10.01 Company Property .......................................................................................... 19

**ARTICLE XI.      PERFORMANCE** .........................................................................................**19**

Section 11.01 Your Job Performance .................................................................................... 19

Section 11.02 Performance Reviews ..................................................................................... 19

Section 11.03 Job Descriptions............................................................................................. 20

**ARTICLE XII.      WORKPLACE BEHAVIOR** ............................................................................**22**

Section 12.01 Please Act Professionally ............................................................................... 22

Section 12.02 Punctuality and Attendance .......................................................................... 23

Section 12.03 Employee Dress Code ..................................................................................... 23

Section 12.04 Employee Hygiene .......................................................................................... 25

Section 12.05 Threatening, Abusive or Vulgar Language...................................................... 25

Section 12.06 Violence in the Workplace.............................................................................. 25

Section 12.07 Fighting ........................................................................................................... 26

Section 12.08 Insubordination .............................................................................................. 26

**ARTICLE XIII.      HEALTH AND SAFETY** ................................................................................**27**

Section 13.01 Safety Policy.................................................................................................... 27

Section 13.02 Anti-Theft Measures....................................................................................... 27

Section 13.03 Smoking Policy ............................................................................................... 28

**ARTICLE XIV.      COMPUTER USE** .......................................................................................**28**

D'Argent Franchising, LLC Employee Handbook

DEF-FLSA-000027

Section 14.01  Using the Internet ............................................................................................ 28

Section 14.02  Social Media ...................................................................................................... 28

**ARTICLE XV.        DRUGS AND ALCOHOL ...............................................................................30**

Section 15.01  Policy Against Alcohol and Illegal Drug Use ...................................................... 30

Section 15.02  Inspections to Enforce Drug and Alcohol Policy ................................................. 31

Section 15.03  Drug Testing ....................................................................................................... 31

**ARTICLE XVI.       TRADE SECRETS AND CONFLICTS OF INTEREST ............................................31**

Section 16.01  Confidentiality and Trade Secrets ...................................................................... 31

**ARTICLE XVII.      DISCRIMINATION AND HARASSMENT .........................................................32**

Section 17.01  Our Commitment to Equal Employment Opportunity ....................................... 32

Section 17.02  Harassment Will Not Be Tolerated .................................................................... 32

**ARTICLE XVIII.     CUSTOMER COMPLAINT POLICIES ...............................................................36**

Section 18.01  Complaint Procedures ....................................................................................... 36

D'Argent Franchising, LLC Employee Handbook

DEF-FLSA-000028

(iii)    Any switching of shifts by team members must be approved by a member of management, this means a managers approval IN SCHEDULEFLY.

## Section 7.03          Meals

(i)    Employee meals will be discounted at a rate of 50%; to be eaten during break period.  We do not condone eating or snacking while working.

(ii)    No other coupons or discounts may be used

(iii)    Employee meals will only be eaten on restaurant premises and only taken home with management approval.

(iv)    Employees are NOT entitled to employee discount on days off.

## Section 7.04          Rest Breaks

(i)    Each employee working more than 5 hours on any shift is required to take a 30-minute break.  The team member must clock out and clock back in during these breaks. Under certain business conditions if this break is interrupted, it may be completed later during the shift. Any exceptions to this will be based on staffing and guest volume and must be approved by the MOD.

(ii)    15 minute breaks can be taken, with management approval and coordination.

(iii)    Preference is for breaks to be taken on restaurant premises, which includes the parking lot.

(iv)    Smoke breaks are strictly prohibited inside the restaurant.  They may be taken in reasonable intervals with management approval.   Smoking by team members must never take place outside in front of the building and never in view of Customers. See Section 11:3

## Article VIII.          Pay Policies

## Section 8.01          Payday

(i)    Paydays occur Fridays after 2pm. Then any time after that, as deemed appropriate by management. Pay will be distributed through direct pay on a pay card or in a bank checking account. Do not come in to pick up a paycheck during standard rush hours as a manager will not be able to step away to help you.

D'Argent Franchising, LLC Employee Handbook

DEF-FLSA-000040

## Section 8.02   Timekeeping

(i) All team members must punch in for all allowed scheduled hours, and must be paid for all hours worked. (No working off the clock)

(ii) Punch ins are to occur no more than 5 minutes before your shift.

(iii) It is not permissible to have team members sign in or out for one another.

(iv) You must punch in for all meetings, store decoration duties and any extra clean up unless a time sheet is kept by a

a. Any type of duty or service to the company must be tracked by an electronic time card and coordinated by management.

(v) Overtime pay is awarded to all non-exempt hourly workers for work performed over 40 hours in any given weekly time period.

(vi) Anyone caught "milking the clock" otherwise known as stealing time will be subject to disciplinary action, up to and including termination.

# Article IX.  Employee Benefits

Our company is proud to provide benefits to eligible employees.  Our benefits package has been designed to help protect you and your family against financial loss due to illness, injury, or death.

## Section 9.01   Workplace Accident Coverage

If you suffer a work related injury or illness, you may be eligible to receive income replacement as well as payment for doctor and hospital costs incurred as a result. Should this be necessary, see your manager for details.

## Section 9.02   Leaves of Absence

All leaves of absence must be submitted via Schedulefly.  The company reserves the right to require supporting documentation with each leave of absence request.

(i) *Family and Medical Leave*

(ii) *Jury Duty*

(iii) *Military Leave*

D'Argent Franchising, LLC Employee Handbook

DEF-FLSA-000041



# HUDDLE HOUSE ALEXANDRIA

## 2710 MacArthur Drive Suite D Alexandria, LA 71301

GET DIRECTIONS   ORDER NOW   JOIN REWARDS

📞 (318) 704-6496   🕐 OPEN UNTIL 2:00 PM

### LOCATION HOURS

| Day | Hours |
|---|---|
| **Wed** | **Open until 2:00 PM** |
| Thu | 6:00 AM - 2:00 PM |
| Fri | 6:00 AM - 10:00 PM |
| Sat | 6:00 AM - 10:00 PM |
| Sun | 6:00 AM - 2:00 PM |
| Mon | 6:00 AM - 2:00 PM |
| Tue | 6:00 AM - 2:00 PM |

### Services at Huddle House Alexandria

- All-Day Breakfast
- Lunch and Dinner
- To Go
- Loyalty Program
- Dine In
- Delivery
- Huddle Market

All Locations > LA > Alexandria > 2710 MacArthur Drive

locations.huddlehouse.com/la/alexandria/2710-macarthur-drive

EXHIBIT
J. Giallonardo Dec.
D
tabbies



# SECRETARY OF STATE
## R. KYLE ARDOIN

HOME

### Search for Louisiana Business Filings

Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record

| Name | Type | City | Status |
|---|---|---|---|
| D'ARGENT CONSTRUCTION, LLC | Limited Liability Company | ALEXANDRIA | Active |

**Previous Names**

THOMAS GIALLONARDO, L.L.C. (Changed: 12/3/2007)

**Business:** D'ARGENT CONSTRUCTION, LLC
**Charter Number:** 35991917K
**Registration Date:** 8/3/2005

### Domicile Address

1460 CENTRE COURT
ALEXANDRIA, LA 71301

### Mailing Address

1460 CENTRE COURT
1460 CENTRE COURT
ALEXANDRIA, LA 71301

### Status

**Status:** Active
**Annual Report Status:** In Good Standing
**File Date:** 8/3/2005
**Last Report Filed:** 7/23/2020
**Type:** Limited Liability Company

