# EXHIBIT 8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT,<br><br>Plaintiffs,<br><br>v.<br><br>D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY<br><br>Defendants. | DOCKET NO.: 1:20-cv-01501<br><br><br>MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

## DECLARATION OF Redacted

I, Redacted declare under penalty of perjury as follows:

1) I am over 18 years of age and competent to give this Declaration based upon my personal knowledge.

2) I currently hold the position of Manager at the CC's Coffeehouse located at 2481 LA-28, Pineville, LA 71360. I have held that position since February 10, 2021.

3) As part of my duties, I review and approve the time punches for CC's employees.

4) CC's employees are paid overtime when they work overtime.

5) I have never been told to cut overtime hours from CC's employees' paychecks by anyone.

1

THE DECLARANT STATES NOTHING FURTHER.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___5-5-2021___         Redacted

                Date                    Redacted

4832-1376-9703, v. 1

2