# EXHIBIT 9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT,<br><br>Plaintiffs,<br><br>v.<br><br>D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY<br><br>Defendants. | DOCKET NO.: 1:20-cv-01501<br><br><br>MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

## DECLARATION OF SUSAN FAHEY DESMOND

I, Susan Fahey Desmond, declare under penalty of perjury as follows:

1) I am over 18 years of age and competent to give this Declaration based upon my personal knowledge.

2) I am serving as counsel of record for all Defendants in this case.

3) I submit this declaration, based upon my personal knowledge, in support of Defendants' Opposition to Plaintiffs' Motion for Conditional Certification and Equitable Tolling.

4) As counsel of record for Defendants, I have personal knowledge of the documents procured via subpoena in the course of discovery in this case.

5) Attached hereto as Exhibit A are copies of certain relevant portions of the bank records of Tony Hunter, DEF-FLSA-000333, 338, 339 redacted to protect personally identifiable

1

information, received in response to a subpoena issued to Bancorp on March 12, 2021, and produced to Plaintiffs on April 22, 2021.

6) Attached hereto as Exhibit B is a copy of Tony Hunter's pay stub reflecting his last period of work at the Huddle House, pay period from 3/15/2020-3/28/2020, part of his file from the Rapides Parish Detention Center ("RPDC"), DEF-FLSA-000328, received in response to a subpoena issued to RPDC on March 12, 2021, and produced to Plaintiffs on April 22, 2021.

7) Attached hereto as Exhibit C is a copy of a Non-Criminal Investigation Report dated April 20, 2020, DEF-FLSA-000294-298, received via public records request from the Rapids Parish Sheriff's Office and produced to Plaintiffs on April 22, 2021.

8) Attached hereto as Exhibit D is a copy of investigative notes and cell phone bills kept in Dakota Fisher's employment file, DEF-FLSA-000150, 156-168, produced to Plaintiffs on April 22, 2021.

9) Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 5/5/2021

Susan Fahey Desmond

4831-7014-2440, v. 1



Member Services
(844) 244-6363
support@chime.com

# Direct Deposit Enrollment Form

**Account Information**

| | |
|---|---|
| Name: | Tony Hunter |
| Bank Name: | The Bancorp Bank |
| Address: | 6100 S Old Village Pl, Sioux Falls, SD 57108 |
| Routing Number: | 031101279 |
| Account Number: | ███████████ |

**Amount**

[✓] Deposit my entire paycheck.   [ ] Deposit $_____ dollars of my paycheck.   [ ] Deposit _____% of my paycheck.

**Voided Check**

```
The Bancorp Bank                                    123
Tony Hunter
1621 S 9 Th St,
Monroe, LA 71202

PAY TO THE
ORDER OF                VOID             $ [      ]
_____
                                          DOLLARS
FOR _____
```

The image of this voided check may be provided to your employer or other payer for no other purpose except to set up direct deposit to your Chime Account.

**Authorization**

I authorize ___Hunt le Moore___ (employer/payer) to initiate credit entries, and, if necessary to initiate any debit entries to correct previous credit errors, to my Chime Spending Account. This authority will remain in effect until I notify my employer or other payor in writing or as otherwise specified by my employer or payer.

Signature: _[signed]_     Date: 4/30/20

Banking Services provided by The Bancorp Bank, Member FDIC. The Chime Visa® Debit Card is issued by The Bancorp Bank pursuant to ... be used everywhere Visa debit cards are accepted.
Direct deposit capability is subject to payer's support of this feature. Check with your payer to find out when the direct deposit of funds ... subject to timing of payer's funding
The recipient's name on any deposits received must match the name of the Chime Member. Any deposits received in a name other than ... Spending Account will be returned to the originator.

EXHIBIT A

EXHIBIT Desmond Dec. A

DEF-FLSA-000333

| ID | Date 1 | Date 2 | Details | Amount | Status | Code | Name |
|---|---|---|---|---|---|---|---|
| 244366680 | 06/15/2020 | 06/15/2020 | **Routing Number:** 021000021<br>**Return File:**<br>**Return Time:**<br>**Return Trace:** | $789.00 | Processed | DK | TONY L HUNTER |
| 242769899 | 06/10/2020 | 06/10/2020 | **Source Acct. No:** MDAxNqwEiM5hF5kjQq+2Oh/Fi9EK<br>**Source Name:** 0170RJ88 DARGENT<br>**Dest. Acct. No:**<br>**Routing Number:** 041001039<br>**Return File:**<br>**Return Time:**<br>**Return Trace:** | $645.38 | Processed | DK | TONY HUNTER |
| 241362542 | 06/08/2020 | 06/08/2020 | **Source Acct. No:** MDAxNkZfBc4NkVAMajwftdAgRbQK<br>**Source Name:** LOUISIANA WORKFO<br>**Dest. Acct. No:**<br>**Routing Number:** 021000021<br>**Return File:**<br>**Return Time:**<br>**Return Trace:** | $789.00 | Processed | DK | TONY L HUNTER |
| 238241794 | 06/01/2020 | 06/01/2020 | **Source Acct. No:** MDAxNhsw5PTIKwxW8agYXQQl/B0K<br>**Source Name:** LOUISIANA WORKFO<br>**Dest. Acct. No:**<br>**Routing Number:** 021000021<br>**Return File:**<br>**Return Time:**<br>**Return Trace:** | $789.00 | Processed | DK | TONY L HUNTER |
| 236359061 | 05/27/2020 | 05/27/2020 | **Source Acct. No:** MDAxNqwEiM5hF5kjQq+2Oh/Fi9EK<br>**Source Name:** 0170RJ88 DARGENT<br>**Dest. Acct. No:**<br>**Routing Number:** 041001039<br>**Return File:**<br>**Return Time:**<br>**Return Trace:** | $645.38 | Processed | DK | TONY HUNTER |
| 235493827 | 05/26/2020 | 05/26/2020 | **Source Acct. No:** MDAxNpqf4EAGtkF/DhuYYmaYzWEK<br>**Source Name:** LOUISIANA WORKFO<br>**Dest. Acct. No:**<br>**Routing Number:** 021000021<br>**Return File:**<br>**Return Time:**<br>**Return Trace:** | $789.00 | Processed | DK | TONY L HUNTER |
| 232697290 | 05/19/2020 | 05/19/2020 | **Source Acct. No:** MDAxNtFTcr6foR4UUF+y5ijdog0K<br>**Source Name:** LOUISIANA WORKFO<br>**Dest. Acct. No:**<br>**Routing Number:** 021000021<br>**Return File:**<br>**Return Time:**<br>**Return Trace:** | $789.00 | Processed | DK | TONY L HUNTER |
| 230670090 | 05/13/2020 | 05/13/2020 | **Source Acct. No:** MDAxNqwEiM5hF5kjQq+2Oh/Fi9EK<br>**Source Name:** 0170RJ88 DARGENT<br>**Dest. Acct. No:**<br>**Routing Number:** 041001039<br>**Return File:**<br>**Return Time:**<br>**Return Trace:** | $215.24 | Processed | DK | TONY HUNTER |
| 229081415 | 05/11/2020 | 05/11/2020 | **Source Acct. No:** MDAxNlvgWBab2rT8SXG7i9yzqHUK<br>**Source Name:** LOUISIANA WORKFO<br>**Dest. Acct. No:**<br>**Routing Number:** 021000021<br>**Return File:**<br>**Return Time:**<br>**Return Trace:** | $789.00 | Processed | DK | TONY L HUNTER |
| | | | **Source Acct. No:** MDAxNlvgWBab2rT8SXG7i9yzqHUK<br>**Source Name:** LOUISIANA WORKFO<br>**Dest. Acct. No:** | | | | TONY L |

The Bancorp

| ID | Date | Date | Details | Amount | Status | | Name |
|---|---|---|---|---|---|---|---|
| 228608621 | 05/08/2020 | 05/08/2020 | **Routing Number:** 021000021<br>**Return File:**<br>**Return Time:**<br>**Return Trace:** | $789.00 | Processed | DK | HUNTER |
| 225085846 | 04/30/2020 | 04/30/2020 | **Source Acct. No:** MDAxNqwEiM5hF5kjQq+2Oh/Fi9EK<br>**Source Name:** 0170RJ88 DARGENT<br>**Dest. Acct. No:** <br>**Routing Number:** 041001039<br>**Return File:**<br>**Return Time:**<br>**Return Trace:** | $335.62 | Processed | DK | TONY HUNTER |

© 2021 Galileo Financial Technologies, LLC.
Page execution time: 0.642s
21.02.23.7-402585c

DEF-FLSA-000339

| Statement of Earnings For: | **Tony Hunter** | | | | | | HUD... HOUSE #971 (0170RJ88) |
|---|---|---|---|---|---|---|---|
| Employee #: 1178 | Division: 100 | | Period Begin: 3/15/2020 | Check Date: 4/3/2020 | | | 1460 C... TRE CT |
| Clock Number: | Department: 200 | | Period End: 3/28/2020 | | | | ALEXANDRIA, LA 71301 |
| SSN: | Federal Filing: Single | | Exemptions: 0 | Additional Tax: | | | |
| Company Id: 0170RJ88 | State Filing: | | Exemptions: 0 | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V55751272 | $0.00 | $800.00 | $645.38 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 10.0000 | 80.00 | 800.00 | 560.00 | 5,600.00 | SOC SEC EE | 49.60 | 365.80 | | | |
| Overtime | | 0.00 | 0.00 | 20.00 | 300.00 | MED EE | 11.60 | 85.55 | | | |
| | | | | | | FEDERAL WH | 70.87 | 532.22 | | | |
| | | | | | | LOUISIANA WH | 22.55 | 169.55 | | | |
| **Total:** | | 80.00 | 800.00 | 580.00 | 5,900.00 | **Total:** | 154.62 | 1,153.12 | **Total:** | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|
| | Checking | Account: Redacted | Deposit Amount: | 645.38 |

HUDDLE HOUSE #971 (0170RJ88)
1460 CENTRE CT
ALEXANDRIA, LA 71301

| CHECK DATE | VOUCHER ID |
|---|---|
| 4/3/2020 | V55751272 |

| TOTAL NET PAY |
|---|
| ********$645.38 |

Your entire Net pay of $645.38 has been deposited in your bank account(s).

1178 100 200
**Tony Hunter**
400 C Jhon Allison
Alexandria, LA 71303


EXHIBIT
Desmond Dec.
B

DEF-FLSA-000328

## DETAILS

**DATE/TIME:** 04/20/2020   16:45

**SUBJECT'S NAME:** Pigott, Wesley Thomas

## SHOW OF FORCE

**EXPLAIN WHAT AND HOW THE SUSPECT WAS USING RESISTIVE/ASSAULTIVE FORCE:**
Subject Pigott, Wesley (W/M / DOB Redacted) pulled in the parking lot of RPSO DC 2 / TWP driving slow. Once I Cpl. Paul Gintz got out to the parking lot the truck was pulling out of the parking lot and i noticed three peole in the bed of the truck. Subject was not arrested. See Narritive report

**SHOW OF FORCE USED?** ☒ YES  ☐ NO    **EFFECTIVE?** ☒ YES  ☐ NO

**EXPLAIN WHAT ACTION YOU TOOK TO CONTROL THE POTENTIAL THREAT:**
Subject extited the vehicle and the immediately leaned back in the vehicle as if he was reaching for something. At this time i drew my weapon giving subject verbal commands to raise his hands and back away from the vehicle. Subject complied with the verbal commands.

## USE OF FORCE

**USE OF FORCE USED?** ☐ YES  ☒ NO    ☐ NON-DEADLY FORCE    **EFFECTIVE?** ☐ YES  ☐ NO    ☐ DEADLY FORCE

**NON-DEADLY FORCE: EXPLAIN WHAT TACTICS YOU ATTEMPTED OR USED TO CONTROL THE SUBJECT**

**WHAT DEFENSIVE WEAPON(S) WERE USED ON THE SUBJECT?** ☐ O.C. ☐ BATON ☐ E.C.D. ☐ L.L.M. ☐ K9 BITES
☐ OTHER  EXPLAIN:

### O.C.
- O.C. EFFECTIVE? ☐ YES ☐ NO
- NUMBER OF 1-2 SECONDS BURST?
- WHERE DID YOU AIM?
- WHERE DID YOU HIT?
- APPROXIMATE DISTANCE FROM SUBJECT?

### E.C.D.
- E.C.D. EFFECTIVE? ☐ YES ☐ NO
- NUMBER OF TIMES E.C.D. USED?
- SERIAL # OF E.C.D. CARTRIDGE
- WHERE DID YOU AIM?
- WHERE DID YOU HIT?
- APPROXIMATE DISTANCE FROM SUBJECT?

### L.L.M.
- L.L.M. EFFECTIVE? ☐ YES ☐ NO
- NUMBER OF L.L. ROUNDS DESTROYED?
- NUMBER OF HITS
- WHERE DID YOU AIM?
- WHERE DID YOU HIT?
- APPROXIMATE DISTANCE FROM SUBJECT?
- NUMBER OF MISSES

**DEADLY FORCE USED (EXPLAIN)**

## COMMENTS

**REPORTING OFFICER** | **DATE** | **REVIEWED BY**

**EXHIBIT** Desmond Dec. C

DEF-FLSA-000294

# Rapides Parish Sheriff's Office
## Non-Criminal Investigation Report

P.O. Box 1510, Alexandria, LA 71309
Tel. 318-473-6700  Fax. 318-449-5455

INCIDENT# 2020-00015443

### EVENT

| INCIDENT TYPE | INCIDENT DATE/TIME | DISPATCH DATE/TIME | ARRIVED DATE/TIME |
|---|---|---|---|
| Trespassing | 04/17/2020 20:51 | 04/17/2020 20:56 | 04/17/2020 20:58 |

LOCATION
MACARTHUR DR
MACARTHUR DR ENTRANCE JACKSON ST
Alexandria, LA 71301

### SUBJECT

| SUBJECT JACKET | ROLE | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| Adult | Driver | Pigott, Wesley T. |

DOB: | AGE: | ADDRESS:
RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYE:
DL NUMBER/STATE: | PRIMARY PHONE: | EMAIL:

### SUBJECT

(blank)

### VEHICLE

| VEHICLE ROLE | | | | |
|---|---|---|---|---|
| Suspicious | | | | |
| VEH YR | TYPE/MAKE/MODEL | | | STYLE |
| | Ford | F250 SUPERCAB | | 4 Door Hardtop |
| PLATE / STATE | VIN | TOP COLOR | BOTTOM COLOR | |
| C986274 / LA | | Brown | Brown | |

ADDITIONAL DESCRIPTIVE INFORMATION
Brown  Ford F-250    4 door   4x4  Lifted

## INVESTIGATIVE NARRATIVE

On Friday April 17th, 2020 at approx. 2045hrs, I, Cpl. Paul gintz while on duty at RPSO DC 2 / TWP and shift supervisor, I was called via radio by Dep. J. Sanchez advised me a suspicious vehicle driving in the parking lot. I then went to the parking lot to investigate. Due to previous attempts to smuggle contraband n to the facility using vehicles on 4/11/2020, Ibelieved that this could potentially be another attempt.

At this time, I saw a brown Ford F-250, lifted with cablights on the roof of the cab, exiting the parking lot. Due to the urgency of the situation and not having an assigned marked unit, I entered my personally owened vehicle (POV) and proceeded to follow in an attempt to get

ADDITIONAL SUBJECTS, VEHICLES AND NARRATIVE MAY BE PRINTED ON FOLLOWING PAGES

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 91581 Gintz | 04/17/2020 | Daniels, Joshua | 07/05/2020 |

1 OF 2

NCIR 2020-00015443 Page 1 OF 2

DEF-FLSA-000295

NCIR 2020-00015443

(Narrative Continued)

license plate number. I observed three male juvenile subjects in the bed of the truck. I successfully obtained the license plate number (La C986274) while the subject vehicle was stopped at a red light heading east bound on Hwy 28 West. I was able relay the license plate number to Sgt. R. Cloud via my cellphone.

I proceeded to follow the subject vehicle onto N. MacArthur Dr heading south. The vehicle then made a left hand turn onto Elliot St followed by an immediate south bound righthand turn onto the N MacArthur Dr service road. I continued to follow the vehicle at this time. The ceicle proceeded to enter the opposite lane going the worng way into on coming traffic on the one-way section of the service road between Giamanco St. and Jackson St. The Vehicle then made a left hand turn into the northwest corner of the parking lor at the intersection of Maddie St. and the service road. The vehicle then came to a complete stop at this location.

At this time, I observed the driver door open and a white male adult subject (later identified as Wesley T. Pigott DOB (Redacted) DL - La Redacted ) exiting the vehicle. I proceeded to exit my vehicle appearing to reach for something. I was unable to see Pigott hands. Being unable to determine if Pigott did or did not have a weapon, I drew my service weapon for officer safety and proceeded to give Pigott multiple loud and clear verbal commands to put his hand on back of his head and walk backwards to me. Pigott complied with my verbal commands.

At this time Dep. Lacaze arrived on scene in RP115. Dep. Lacaze then approached and secured Pigott and performed a pat search on his person. I holstered my service weapon at this time. Dep. Lacaze proceeded to question Pigott and obtain his personal information. I made contact and remained on the phone with Warden J. Slayter to keep him advised on the situation.

While answering questions from dep. Lacaze's and myself regarding his presence on RPSO DC 2/TWP property, Pigott stated that he merely wanted to show his juvenile daughter where the Work Release facility was. I found this to be suspicious given the time of night (Approx 2100 hrs) and the presence of 3 male juveniles in the back cargo area of the pick up truck, especially after the recent attempts to smuggle contraband into the facility.

Due to the lack of evidence at this time to suggest the subjects were involved in any illegal activites, Pigott and the juvenile occupants of his vehicle were released without citation or arrest. I, Cpl. P. Gintz, then returned to RPSO DC2/TWP to continue tour duty at this time.

END OF REPORT.

# Rapides Parish Sheriff's Office
## Non-Criminal Investigation Report
P.O. Box 1510, Alexandria, LA 71309
Tel: 318-473-6700  Fax: 318-449-5455

**INCIDENT#** 2020-00015443

### EVENT
| INCIDENT TYPE | INCIDENT DATE/TIME | DISPATCH DATE/TIME | ARRIVED DATE/TIME |
|---|---|---|---|
| Trespassing | 04/17/2020 20:51 | 04/17/2020 20:51 | 04/17/2020 20:51 |

**LOCATION**
MACARTHUR DR
MACARTHUR DR ENTRANCE JACKSON ST
Alexandria, LA 71301

### SUBJECT
| SUBJECT JACKET | ROLE | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| Adult | Involved Person | Pigott, Wesley |

| DOB | AGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| Redacted | 49 | 47 Dan Triplett RD Woodworth, LA 71485 |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|
| White | Male | | | | |

| DL NUMBER/STATE | PRIMARY PHONE Mobile | EMAIL |
|---|---|---|
| | (000)000-0000 | |

### SUBJECT
(blank)

### VEHICLE
**VEHICLE ROLE:** Suspicious

| VEH YR | TYPE/MAKE/MODEL | | STYLE |
|---|---|---|---|
| 2012 | Ford | F250 SUPERCAB | |

| PLATE / STATE | VIN | TOP COLOR | BOTTOM COLOR |
|---|---|---|---|
| C0986274 / LA | 1FT7W2BT8CEA85483 | | |

## INVESTIGATIVE NARRATIVE

On 04/17/2020 I, Dep Lacaze, was dispatched to the area of La 28 West in reference to Cpl. P Gintz from RPSO DC2 following a suspicious vehicle in his personal vehicle. Cpl. Gintz was on the phone with Sgt. Cloud at RPSO dispatch and advised a vehicle had made a circle through DC2 parking lot and drove away. Cpl. Gintz advised he got into his personal vehicle and followed the vehicle due to the recent incidents involving contraband being thrown over the fence at DC2. I was able to catch up to both vehicles near the intersection of Jackson St. and Macarthur Dr. Upon my arrival both vehicles has stopped and Cpl. Gintz had a white male subject out of the vehicle and holding him at gunpoint. I observed what appeared to be three juveniles in the bed of the truck and one in the front passenger seat, all with their hands

*ADDITIONAL SUBJECTS, VEHICLES AND NARRATIVE MAY BE PRINTED ON FOLLOWING PAGES*

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| 91839 Lacaze | 04/17/2020 | Cloud, Matt | 04/23/2020 |

1 OF 2

NCIR 2020-00015443 Page 1 OF 2

DEF-FLSA-000297

NCIR 2020-00015443

(Narrative Continued)

up. Not knowing the reason behind Cpl. Gintz holding the subject at gunpoint, I conducted a pat down search on the driver of the vehicle, Wesley Pigott, for weapons before I investigated any further. Upon questioning Wesley he advised he was the manager at Huddle House restaurant and they employ several work release inmates. Wesley advised his daughter was curious to where they live and he was just showing her DC2 and that's the reason for pulling through the parking lot. I advised Wesley that we did indeed have an ongoing problem with contraband being thrown over the fence and nighttime was not the best time to travel through the parking lot. Wesley understood my concerns. With no probable cause or reason to believe any further investigation was needed I allowed Wesley to continue his travels. I had RPSO dispatch print and hold Wesley's drivers license and vehicle information for Cpl. Gintz to write a report for his division for possible investigation on their part.

Dakota
- worked 1/8/20 to 2/12/20 as an independent contractor

- worked 2/13 to 2/26 on payroll

- Quit

- Issued cell phone 2/13
    - cell phone never returned despite requests
    - cell phone was used for several months

- 3/16 - 4/15 bill shows use
was suspended — 4/15 - 5/15 no use
- 5/16 - 6/15 " "
would have known usage was not authorized {
- 6/16 - 7/15 bill shows use
- 7/16 - 8/15 bill " "
- 8/16 - 9/15 " " "
- 9/16 - 10/15 " " "
- 10/16 - 11/15 " " "
}

EXHIBIT
Desmond Dec.
D

DEF-FLSA-000150

# verizon√

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 9848463759 | 642013901-00001 | 03/07/20 | 14 of 16 |

## Summary for Dakota Fisher: 318-955-1654

### Your Plan

**More Evr SMB UNL Talk&TXT 80GB**
(see pg 3)

**Beginning on 02/11/20:**
$5 Discount on Smartphone Line Access Charge for More Everything SMB 25/50/100

> Have more questions about your charges? Get details for usage charges at www.vzw.com/mybusinessaccount.



### Monthly Charges

**New Plan**
| | | |
|---|---|---:|
| Smartphone Line Access | 02/11 – 02/15 | 6.45 |
| $40.00 per month / 5 days on new plan | | |
| B2B $5 Off Smartphone Access | 02/11 – 02/15 | –.81 |

**Month in Advance**
| | | |
|---|---|---:|
| Smartphone Line Access | 02/16 – 03/15 | 40.00 |
| B2B $5 Off Smartphone Access | 02/16 – 03/15 | –5.00 |

These are the normal monthly charges billed in advance.

**$40.64**

### Equipment Charges
| | | | | |
|---|---|---|---|---:|
| Equipment Purchase | 02/10 | Vbg – Direct Sales – | 000670535 | 36.42 |

**$36.42**

### Usage and Purchase Charges

| Data | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Gigabyte Usage | gigabytes | 80.000 (shared) | .016 | — | — |

| | |
|---|---:|
| Total Data | $.00 |
| **Total Usage and Purchase Charges** | **$.00** |

### Surcharges+
| | |
|---|---:|
| Fed Universal Service Charge | 1.12 |
| Regulatory Charge | .30 |
| Administrative Charge | 3.56 |
| LA State USF Surcharge | 2.58 |
| | **$7.56** |

### Taxes, Governmental Surcharges and Fees+
| | |
|---|---:|
| LA Telecom Tax for Deaf | .10 |
| Rapides Parish 911 Fee | 2.50 |
| LA State Sales Tax – Telecom | 1.14 |
| | **$3.74** |

| | |
|---|---:|
| **Total Current Charges for 318-955-1654** | **$88.36** |

+Percentage-based taxes, fees, and surcharges apply to charges for this line, including overage charges, plus this line's share of account charges.

**verizon**✓

| | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|
| | 9850556863 | 642013901-00001 | 04/07/20 | 13 of 16 |

## Your Plan, continued

Have more questions about your charges? Get details for usage charges at www.vzw.com/mybusinessaccount.

## Usage and Purchase Charges

| Data | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Gigabyte Usage | gigabytes | 80.000 (shared) | 2.406 | -- | -- |
| Total Data | | | | | $.00 |
| **Total Usage and Purchase Charges** | | | | | **$.00** |

### Surcharges+
| | |
|---|---|
| Regulatory Charge | .02 |
| Administrative Charge | .06 |
| | **$.08** |

### Taxes, Governmental Surcharges and Fees+
| | |
|---|---|
| LA State Sales Tax — Telecom | .12 |
| | **$.12** |

**Total Current Charges for 318-955-1599**  $10.20

+Percentage-based taxes, fees, and surcharges apply to charges for this line, including overage charges, plus this line's share of account charges.

---

## Summary for Dakota Fisher: 318-955-1654

### Your Plan

**More Evr SMB UNL Talk&TXT 80GB**
(see pg 3)

**Beginning on 02/11/20:**
**$5 Discount on Smartphone Line Access Charge for More Everything SMB 25/50/100**

Have more questions about your charges? Get details for usage charges at www.vzw.com/mybusinessaccount.

### Monthly Charges
| | | |
|---|---|---|
| Smartphone Line Access | 03/16 – 04/15 | 40.00 |
| B2B $5 Off Smartphone Access | 03/16 – 04/15 | -5.00 |
| | | **$35.00** |

### Usage and Purchase Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Shared | minutes | unlimited | 116 | -- | -- |
| Mobile to Mobile | minutes | unlimited | 123 | -- | -- |
| Night/Weekend | minutes | unlimited | 40 | -- | -- |
| Total Voice | | | | | $.00 |

| Messaging | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Text, Picture & Video | messages | unlimited | 72 | -- | -- |
| Total Messaging | | | | | $.00 |

DEF-FLSA-000157



## Usage and Purchase Charges, continued

| Data | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Gigabyte Usage | gigabytes | 80.000 (shared) | 2.400 | --- | --- |
| Total Data | | | | | $.00 |
| **Total Usage and Purchase Charges** | | | | | **$.00** |

### Surcharges+

| | |
|---|---|
| Fed Universal Service Charge | .90 |
| Regulatory Charge | .15 |
| Administrative Charge | 1.78 |
| LA State USF Surcharge | 1.29 |
| | **$4.12** |

### Taxes, Governmental Surcharges and Fees+

| | |
|---|---|
| LA Telecom Tax for Deaf | .05 |
| Rapides Parish 911 Fee | 1.25 |
| LA State Sales Tax – Telecom | .95 |
| | **$2.25** |

**Total Current Charges for 318-955-1654**     **$41.37**

+Percentage-based taxes, fees, and surcharges apply to charges for this line, including overage charges, plus this line's share of account charges.



## Summary for Chip Irick: 504-220-6361

### Your Plan

**More Evr SMB UNL Talk&TXT 80GB**
(see pg 3)

**Beginning on 01/05/18:**
**$5 Off Smartphone Access**

**Beginning on 02/24/20:**
**One Month Free Cloud**

Have more questions about your charges?
Get details for usage charges at
www.vzw.com/mybusinessaccount.

### Monthly Charges

**New Plan**

| | | |
|---|---|---|
| Verizon Cloud 500 GB | 02/24 – 03/15 | 3.62 |
|    $5.00 per month / 21 days on new service | | |
| Cloud Free for 1 Month Refund | 02/24 – 03/15 | -3.62 |

**Month in Advance**

| | | |
|---|---|---|
| Smartphone Line Access | 03/16 – 04/15 | 40.00 |
| $5 Off Smartphone Access | 03/16 – 04/15 | -5.00 |

These are the normal monthly charges billed in advance.

                                           **$35.00**

DEF-FLSA-000158