**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| SAMANTHA WILLIAMS, DAKOTA FISHER, individually And on behalf of those similarly Situated, and WES PIGOTT,<br><br>VERSUS<br><br>D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE CO. | CIVIL ACTION: 20-cv-1501<br><br>HON. DAVID C. JOSEPH<br>MAG. JOSEPH H.L. PEREZ-MONTES<br><br><br>JURY TRIAL DEMANDED<br><br>Putative Collective Action<br>Pursuant to 29 U.S.C. § 216(b) |

### *EX PARTE* MOTION FOR LEAVE TO REPLY

Plaintiffs respectfully request leave of this Court to file the attached *Reply Memorandum* in response to Defendants' opposition to Plaintiffs' Motion for certification and tolling. (Rec. Doc. 27). The attached memorandum addresses legal and factual concessions, omissions, and misstatements in Defendants' Opposition to class certification and/or tolling.

On May 12, 2021, at the last hearing of this matter, counsel and the Court's staff addressed the issue of Plaintiffs filing a Reply and noted there was no current briefing schedule for a reply. It was agreed Plaintiffs could submit a reply, if desired, within a reasonable time.

**WHEREFORE,** Plaintiff prays that this Court enter an Order granting leave to file Plaintiffs' Reply, a copy of which is attached hereto.

1

Respectfully Submitted,

/s/Kenneth C. Bordes_____
Kenneth C. Bordes (Bar #35668)
**KENNETH C. BORDES,**
**ATTORNEY AT LAW, LLC**
4224 CANAL ST.
NEW ORLEANS, LA 70119
P: 504-588-2700
F: 504-708-1717
E: kcb@kennethbordes.com


William Most (La. Bar No. 36914)
Hope Phelps (La. Bar No. 37259)
David Lanser (La. Bar No. 37764)
Law Office of William Most
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
williammost@gmail.com

2