## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

SAMANTHA WILLIAMS,
DAKOTA FISHER, individually
And on behalf of those similarly
Situated, and WES PIGOTT,

VERSUS

D'ARGENT FRANCHISING, LLC,
D'ARGENT CONSTRUCTION, LLC,
THOMAS GIALLONARDO, III,
JUSTIN GIALLONARDO, and
XYZ INSURANCE CO.

CIVIL ACTION: 20-cv-1501

HON. DAVID C. JOSEPH
MAG. JOSEPH H.L. PEREZ-MONTES

JURY TRIAL DEMANDED

Putative Collective Action
Pursuant to 29 U.S.C. § 216(b)

---

## ORDER

---

Considering the foregoing *Ex Parte Motion for Leave* filed by Plaintiffs,

**IT IS HEREBY ORDERED THAT** the Plaintiffs' Motion for Leave to file their Reply memorandum is GRANTED.

**IT IS FURTHER ORDERED THAT** the Plaintiffs' Reply memorandum **BE AND HEREBY IS RECEIVED INTO THE RECORD** of the above-captioned litigation.

SIGNED on Tuesday, May 25, 2021.

HON. JOSEPH H.L. PEREZ-MONTES
UNITED STATE MAGISTRATE JUDGE