**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SAMANTHA WILLIAMS, DAKOTA FISHER, individually and on behalf of those similarly Situated, and WES PIGOTT | NO. 20-cv-1501 <br><br> JUDGE DAVID C. JOSEPH <br> MAG. JOSEPH H.L. PEREZ-MONTES |
| VERSUS | |
| D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE CO. | Putative Collective Action <br> Pursuant to 29 U.S.C. § 216(b) |

### ORDER GRANTING JOINT MOTION TO CONTINUE PRE-NOTICE DISCOVERY DEADLINES

The Court has considered the parties' Joint Motion to Continue Pre-Notice Discovery Deadlines, and the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that the deadline to complete all pre-notice discovery, as set forth in the Court's January 12, 2022, Order, shall be March 21, 2022.

IT IS FURTHER ORDERED that Defendants' deadline to respond to Plaintiffs' written discovery shall be February 18, 2022, and Plaintiffs' deadline to respond to Defendants' written discovery shall be February 19, 2022.

IT IS FURTHER ORDERED that a motion for collective action certification, if any, must be filed by Plaintiffs by April 24, 2022. Following a ruling on Plaintiffs' motion for certification, the Court will schedule a status conference to enter a revised scheduling order to govern the remaining deadlines in this case.

THUS DONE in Chambers on the __3rd__ day of __February__, 2022.

_____
UNITED STATES MAGISTRATE JUDGE