| Record: | 83 | Check#: | 10328 | | Rate1 | Rate2 | Rate3 |
|---|---|---|---|---|---|---|---|
| | Employee: 20 Dakota Fisher | | | | 16.00 | 24.00 | |
| | Start Date: 02/13/2020 | Tax State: | LA | | Payroll Type: | 1 - Regular | |
| | End Date: 02/19/2020 | | | | Status: | 3 - Posted | |
| | Check Date: 02/20/2020 | Salary/Advance: | | | Quarter: | 1 | |

| | Regular: | Overtime: | Premium: | Sick: | Vacation: | Holiday: | Piece: | PerDiem: | Misc: |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 52.00 | | | | | | | | |
| Pay: | 832.00 | | | | | | | | |

| Date: | Job/Eqp: | ServiceWO: | Cost Code: | | Pay Type: | Rate: | Hrs/Pcs: | Workers Comp: |
|---|---|---|---|---|---|---|---|---|
| 02/13/2020 | 200103 Save The Children - | | 13133.000 | COMMON LABOR | Regular | 16.00 | 9.00 | 1001 5403 Carpentry |
| 02/14/2020 | 200103 Save The Children - | | 13133.000 | COMMON LABOR | Regular | 16.00 | 9.50 | 1001 5403 Carpentry |
| 02/15/2020 | 200103 Save The Children - | | 13133.000 | COMMON LABOR | Regular | 16.00 | 8.50 | 1001 5403 Carpentry |
| 02/17/2020 | 191115 Buckeye Recreation C | | 13133.000 | COMMON LABOR | Regular | 16.00 | 8.50 | 1001 5403 Carpentry |
| 02/18/2020 | 191117 Texas Roadhouse - Tu | | 13133.000 | COMMON LABOR | Regular | 16.00 | 8.50 | 1001 5403 Carpentry |
| 02/19/2020 | 191117 Texas Roadhouse - Tu | | 13133.000 | COMMON LABOR | Regular | 16.00 | 8.00 | 1001 5403 Carpentry |

| Record: | 95 | Check#: | 10332 | | Rate1 | Rate2 | Rate3 |
|---|---|---|---|---|---|---|---|
| | Employee: 20 Dakota Fisher | | | | 16.00 | 24.00 | |
| | Start Date: 02/20/2020 | Tax State: | LA | | Payroll Type: | 1 - Regular | |
| | End Date: 02/26/2020 | | | | Status: | 3 - Posted | |
| | Check Date: 02/28/2020 | Salary/Advance: | | | Quarter: | 1 | |

| | Regular: | Overtime: | Premium: | Sick: | Vacation: | Holiday: | Piece: | PerDiem: | Misc: |
|---|---|---|---|---|---|---|---|---|---|
| Hours: | 56.50 | | | | | | | | |
| Pay: | 904.00 | | | | | | | | |

| Date: | Job/Eqp: | ServiceWO: | Cost Code: | | Pay Type: | Rate: | Hrs/Pcs: | Workers Comp: |
|---|---|---|---|---|---|---|---|---|
| 02/20/2020 | 191117 Texas Roadhouse - Tu | | 13133.000 | COMMON LABOR | Regular | 16.00 | 9.00 | 1001 5403 Carpentry |
| 02/21/2020 | 191117 Texas Roadhouse - Tu | | 13133.000 | COMMON LABOR | Regular | 16.00 | 9.00 | 1001 5403 Carpentry |
| 02/22/2020 | 191117 Texas Roadhouse - Tu | | 13133.000 | COMMON LABOR | Regular | 16.00 | 5.00 | 1001 5403 Carpentry |
| 02/23/2020 | 191117 Texas Roadhouse - Tu | | 13133.000 | COMMON LABOR | Regular | 16.00 | 4.00 | 1001 5403 Carpentry |
| 02/24/2020 | 191117 Texas Roadhouse - Tu | | 13133.000 | COMMON LABOR | Regular | 16.00 | 8.50 | 1001 5403 Carpentry |
| 02/25/2020 | 191117 Texas Roadhouse - Tu | | 13133.000 | COMMON LABOR | Regular | 16.00 | 8.50 | 1001 5403 Carpentry |
| 02/26/2020 | 191117 Texas Roadhouse - Tu | | 13133.000 | COMMON LABOR | Regular | 16.00 | 12.50 | 1001 5403 Carpentry |

| Record: | 107 | Check#: | 0000 | | Void | | |
|---|---|---|---|---|---|---|---|

DEF-FLSA-000494