UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT,<br><br>      Plaintiffs,<br><br>v.<br><br>D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY<br><br>      Defendants. | DOCKET NO.: 1:20-cv-01501<br><br>MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR EQUITABLE TOLLING

NOW COME defendants, D'Argent Franchising, LLC, D'Argent Construction, LLC, D'Argent Companies, LLC, Thomas Giallonardo, III, and Justin Giallonardo (collectively, "Defendants"), through undersigned counsel and respectfully request a two-week extension of time to file their opposition to plaintiffs' Renewed Motion for Equitable Tolling [Dkt. 93] for the following reasons:

1) Plaintiffs filed a renewed motion for equitable tolling with the Court on January 23, 2023;

2) By local rule, Defendants response is due February 13, 3034;

3) Defendants require additional time to respond to the motion;

4) Undersigned counsel has been preparing for a trial set for February 13, 2023 in the U. S. District Court for the Northern District of Mississippi.

1

5) Plaintiffs' counsel was contacted via email regarding plaintiffs' position on this request but as of the time of filing this motion, defendants have not received a response.

WHEREFORE, defendants respectfully request an additional two weeks until and including February 27, 2023 to file their opposition to plaintiff's Renewed Motion for Equitable Tolling.

                            **JACKSON LEWIS P.C.**

                            */s/ Susan Fahey Desmond*
                            Susan Fahey Desmond (Bar # 25380
                            Susan.Desmond@jacksonlewis.com
                            Katelyn W. Harrell (Bar #35164)
                            Katelyn.Harrell@jacksonlewis.com
                            **JACKSON LEWIS P.C.**
                            601 Poydras Street, Suite 1400
                            New Orleans, Louisiana  70130
                            Telephone:     (504) 208-1755
                            Facsimile:     (504) 208-1759

                            **COUNSEL FOR DEFENDANTS**
                            **D'ARGENT FRANCHISING, LLC,**
                            **D'ARGENT CONSTRUCTION, LLC,**
                            **D'ARGENT COMPANIES, LLC, AND**
                            **JUSTIN GIALLONARDO**

4858-3373-0896, v. 1