UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAMANTHA WILLIAMS,** **DAKOTA FISHER,** individually And on behalf of those similarly Situated, and **WES PIGOTT,** | **CIVIL ACTION: 20-cv-1501** **HON. DAVID C. JOSEPH** **MAG. JOSEPH H.L. PEREZ-MONTES** |
| **VERSUS** **D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO,** and **XYZ INSURANCE CO.** | **JURY TRIAL DEMANDED** Collective Action Pursuant to 29 U.S.C. § 216(b) |

_____

    \*\*\*    **THIS IS A COURT ORDERED NOTICE**    \*\*\*
    \*\*\*    **THIS IS NOT AN ADVERTISEMENT FROM A LAWYER**    \*\*\*

**IMPORTANT NOTICE TO CURRENT AND FORMER EMPLOYEES OF D'ARGENT FRANCHISING, L.L.C., D'ARGENT CONSTRUCTION, L.L.C., AND D'ARGENT COMPANIES, L.L.C. (FORMERLY D'ARGENT DEVELOPMENT, L.L.C.)**

**TO:** All employees who are or were employed by Defendants D'Argent Franchising, LLC, D'Argent Construction, LLC, or D'Argent Companies, LLC at any point from November 21, 2017 to present, who have worked over 40 hours in at least one workweek from November 21, 2017 to the present, and who were subject to the pay practices of D'Argent Franchising, LLC, D'Argent Construction, LLC, or D'Argent Companies, LLC during that time.

RE: The right of current and former employees employed by D'Argent Franchising, LLC, D'Argent Construction, LLC, or D'Argent Companies, LLC ("D'Argent") to join an Action seeking recovery of unpaid wages.

**DEADLINE TO RETURN FORM: (within 90 days of Notice) _____, 2023.**

_____

1. **WHY ARE YOU GETTING THIS NOTICE?**

You received this Notice because the Court in charge of this lawsuit has ordered this Notice to be sent to persons who are identified by D'Argent's records as current and/or former employees of one or more of the D'Argent companies listed above, and who were subject to the pay practices of D'Argent. This Court has allowed or "certified" a collective action that may affect you.

This is NOT a class action. Obtaining any wages owed to you through this Action <u>requires</u> your consent.

This Notice is intended to inform you of how your rights may be affected by this Action and instruct you on the procedure for participating, should you decide to do so.

2. **WHAT IS THIS LAWSUIT ABOUT?**

Current and former hourly employees Samantha Williams and Dakota Fisher filed this lawsuit on behalf of themselves and other current and former employees of D'Argent's companies, alleging they are owed overtime pay and liquidated damages under the Fair Labor Standards Act ("FLSA"). Plaintiffs further allege that Defendants improperly misclassified employees as either exempt and/or independent contractors. The lawsuit also claims several other state labor law violations and causes of action.

D'Argent denies liability for unpaid overtime wages and liquidated damages and all other claims in the Complaint. Plaintiffs' case asserts that Defendants either had knowledge or operated with reckless disregard of the law, and therefore were willful, of their improper employment pay practices. The Court has not yet decided these issues.

This Action seeks to recover properly calculated owed overtime wages from Defendants in weeks where eligible employees worked over forty (40) hours. This Action seeks properly calculated unpaid wages, properly calculated overtime wages, liquidated damages, pre-judgment/post-judgment interest, compensatory and punitive damages, penalties other costs.

The Court granted Plaintiffs' Motion to allow this matter to proceed as a "Collective Action," meaning the above named Plaintiffs may proceed in a representative capacity on behalf of all other similarly situated employees of D'Argent. You will not receive back wages from this Action unless, and until, you "opt-in" in accordance with this Notice and procedures fixed by the Court.

3. **WHAT ARE YOUR OPTIONS?**

If you want to claim owed wages in this case, you must return your Consent Form. You may return your Consent Form in one of two ways:

1. Fill out the attached Notice of Consent form and mail it to Named Plaintiffs' attorneys in the enclosed envelope; or

2. Sign the Notice of Consent form electronically by going to this secure site: https://mostandassociates.com/dargent.
    *If you sign electronically, your form will automatically be delivered via email to the law firm representing Named Plaintiffs.

If you submit a Notice of Consent under either method, you will be part of this case and will be represented by Named Plaintiffs' attorneys. Therefore, if Named Plaintiffs win the case, you may receive additional monies from D'Argent. If Named Plaintiffs lose, you will receive nothing, but you will not have to pay anything either. If you want to make a claim for owed wages, you must submit your Notice of Consent by the above deadline.

Because of the statute of limitations (prescriptive period), certain employees who do *not* join this litigation or file their own separate claims may lose their rights to recover overtime for work performed in the past for D'Argent. If you do not wish to take part, you do not need to do anything. The decision to join is entirely yours.

If you have questions about this Notice, or the wage claims, you may contact Named Plaintiffs' attorneys identified below. You may withdraw from the case any time you desire to do so even if you send back a Notice of Consent form.

4. **D'ARGENT CANNOT RETALIATE AGAINST YOU, FIRE YOU, OR TAKE ANY ADVERSE ACTION AGAINST YOU, IN ANY WAY, FOR JOINING THIS LAWSUIT.**

Many employees fear being terminated for seeking what they are owed. However, federal law prohibits D'Argent and its representatives from firing or discriminating against you in any way should you join this case. No current or former employee who exercises their right to join this case may be terminated or otherwise retaliated against for joining this Action. If you suspect any retaliation, contact Named Plaintiffs' attorneys identified below immediately.

5. **FURTHER INFORMATION AND LEGAL REPRESENTATION**

Plaintiffs' Complaint, Defendants' Answer, and other information is available at https://mostandassociates.com/dargent. In addition, you may obtain a copy by contacting Plaintiffs' counsel who will forward a copy to you. If you have any questions about this Notice, the lawsuit, or the procedure for joining the lawsuit you may contact the office of Plaintiffs' counsel at:

| KENNETH C. BORDES<br>**KENNETH C. BORDES,**<br>**ATTORNEY AT LAW, LLC**<br>4224 CANAL ST.<br>NEW ORLEANS, LA 70119<br>P: 504-588-2700<br>F: 504-708-1717<br>E: KCB@KENNETHBORDES.COM | WILLIAM MOST (LA. BAR NO. 36914)<br>CAROLINE GABRIEL (LA. BAR NO. 38224)<br>**MOST & ASSOCIATES**<br>201 ST. CHARLES AVE. SUITE 114 #101<br>NEW ORLEANS, LA 70170<br>(504) 509-5023<br>WILLIAMMOST@GMAIL.COM<br>CAROLINE.GABRIEL.MA@GMAIL.COM |
|---|---|

If you choose to join through this process you will be represented by the above representatives.

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE HONORABLE JOSEPH H.L. PEREZ-MONTES, UNITED STATES MAGISTRATE JUDGE FOR THE WESTERN DISTRICT OF LOUISIANA, ALEXANDRIA DIVISION.**

**PLEASE DO NOT CONTACT THE COURT, THE COURT'S CLERK, OR THE JUDGE. THEY ARE NOT PERMITTED TO ADDRESS YOUR INQUIRIES OR QUESTIONS.**

***CONSENT FORM ON FOLLOWING PAGE***

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

**CONSENT TO JOIN WAGE CLAIM AGAINST D'ARGENT**
**(D'Argent Franchising, LLC, D'Argent Construction, LLC, or D'Argent Companies, LLC)**

Print Name: _____

1. I consent, agree, and opt-in to the Action filed against D'Argent, to pursue my claims of unpaid wages during my employment with the company.

2. I understand that this Action is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the Named Plaintiffs' attorneys as my attorney(s) to prosecute my wage claims. (Note: If you desire to be represented by other counsel, please provide them with this information, as Named Plaintiffs' attorneys will not take any action on your behalf).

4. I consent to having the Representative Named Plaintiffs in the complaint against D'Argent Defendants make all the decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Plaintiffs' Counsel regarding attorney's fees and costs, and all other matters pertaining to this lawsuit.

5. If needed, I authorize Plaintiffs' Counsel to use this Consent to re-file my claim in a separate action or arbitration against D'Argent Defendants should the need arise.

Signature: _____   Date Signed: _____

Print Name: _____

Address: _____

Email: _____   Phone: _____

I worked for:

_____    D'Argent Franchising, LLC (Huddle House and/or CC's Coffee)
_____    D'Argent Construction, LLC
_____    D'Argent Companies, LLC (formerly D'Argent Development, LLC)
_____    D'Argent, but I am unsure which company was my employer

You may also sign this form electronically by going to this website: https://mostandassociates.com/dargent

If you sign this paper version of the form, you should immediately email and return your signed form to:

Kenneth C. Bordes, Attorney at Law, LLC: **Email: kcb@kennethbordes.com** and 4224 Canal St., New Orleans, LA 70119
            Court imposed deadline for filing is _____2023.

Respectfully Submitted,

/s/Kenneth C. Bordes
Kenneth C. Bordes (Bar #35668)
**KENNETH C. BORDES,**
**ATTORNEY AT LAW, LLC**
4224 CANAL ST.
NEW ORLEANS, LA 70119
P: 504-588-2700
F: 504-708-1717
E: kcb@kennethbordes.com

William Most (La. Bar No. 36914)
Caroline Gabriel (La. Bar No. 38224)
Most & Associates
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
williammost@gmail.com
caroline.gabriel.ma@gmail.com
COUNSEL FOR PLAINTIFFS

&

/s/ Susan Fahey Desmond
Susan Fahey Desmond (Bar # 25380)
Susan.Desmond@jacksonlewis.com
Katelyn W. Harrell (Bar # 35164)
Katelyn.Harrell@jacksonlewis.com
JACKSON LEWIS P.C.
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been electronically filed with the Clerk of Court and served on opposing counsel via the CM/ECF system in accordance with Fed. R. Civ. P. 5(b)(3) on this 1st day of May, 2023.

/s/Kenneth C. Bordes
Kenneth C. Bordes