# Memorandum

July 1ˢᵗ, 2022

D'Argent Franchising LLC: CC's Coffee House #124
2481 LA-28,
Pineville, A 71360

Re: All Hours worked and Office HR liaison

1. I undeniably know and understand fully that I am not owed any wages for all previous hours worked prior to July 1ˢᵗ, 2022.
2. I understand that I work for D'Argent Franchising, LLC and if I have any believed discrepancies in hours worked and what I have been paid I will report these discrepancies directly to the Manager, if the Manager is unable to assist me, I will then reach out Matthew Probst by calling 318-787-6049.
3. I have read my job description and understand my duties.
4. Since my employment I have not been a victim of harassment, discrimination, or retaliation, or have witnessed such conduct.
5. If I believe I have been a victim of harassment, discrimination, or retaliation, or who has witnessed such conduct, I will immediately notify the HR liaison, Matthew Probst, by e-mail to [info@dargentcompanies.com](mailto:info@dargentcompanies.com), calling 318-787-6049 or scheduling a face-to-face conference.

I agree unequivocally and fully understand the above statement:

Signature:_____

Print Name:_____

Date:_____