**From:**
**Sent:**
**Subject:** FW: Quarterly Sign Off - DAC, DAD and DAF





**Justin Giallonardo, CCIM**
*President of Development*

1460 Centre Court
Alexandria, LA 71301
318-787-6049
www.dargentcompanies.com

 

**To stay up to date with current real estate perspectives please click here.**

*Disclaimer: The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.*

**From:** Justin Giallonardo
**Sent:** Tuesday, June 28, 2022 10:14 AM
**To:** Allison Johnson <ajohnson@goldweems.com>
**Subject:** RE: Quarterly Sign Off - DAC, DAD and DAF

Thanks for the insights. Have a great week.

Thanks,

**From:** Allison Johnson <ajohnson@goldweems.com>
**Sent:** Tuesday, June 28, 2022 10:13 AM
**To:** Justin Giallonardo <JustinG@dargentcompanies.com>
**Subject:** RE: Quarterly Sign Off - DAC, DAD and DAF

Nope, nothing  I see!



**Allison Johnson**
Shareholder
Gold Weems Bruser Sues & Rundell
2001 MacArthur Drive
P.O. Box 6118
Alexandria, LA 71307-6118
Office: 318.445.6471 Fax: 318.445.6476

1

ajohnson@goldweems.com www.goldweems.com

This e-mail is from a law firm, Gold Weems Bruser Sues & Rundell ("GW") and is intended solely for the person addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail and do not copy or disclose it to anyone. If you are not an existing client of GW, this e-mail does not make you a client unless it specifically says so, and you should not disclose anything to GW in reply that you expect to be held in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of GW, please maintain its contents in confidence to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

**From:** Justin Giallonardo <JustinG@dargentcompanies.com>
**Sent:** Tuesday, June 28, 2022 9:53 AM
**To:** Allison Johnson <ajohnson@goldweems.com>
**Subject:** RE: Quarterly Sign Off - DAC, DAD and DAF

Good to hear.

██████████████████████████████████████████████████████████

Is there anything else you see that needs to be changed?


Thanks,



**Justin Giallonardo, CCIM**
*President of Development*

1460 Centre Court
Alexandria, LA 71301
318-787-6049
www.dargentcompanies.com



Disclaimer: The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**From:** Allison Johnson <ajohnson@goldweems.com>
**Sent:** Tuesday, June 28, 2022 8:22 AM
**To:** Justin Giallonardo <JustinG@dargentcompanies.com>
**Subject:** RE: Quarterly Sign Off - DAC, DAD and DAF

No, I don't see any issue the forms! I think it show you're going above and beyond to remind employees of the policies, and to actively encourage the reporting of any concerns.

████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████
███████

████████████████████████████████████

███████████████████████████████████████████████████
█████████████████

████████████████████████████████

████████████████████████████████████████████████
███████████



**Allison Johnson**
Shareholder
Gold Weems Bruser Sues & Rundell
2001 MacArthur Drive
P.O. Box 6118
Alexandria, LA 71307-6118
Office: 318.445.6471 Fax: 318.445.6476
ajohnson@goldweems.com www.goldweems.com

This e-mail is from a law firm, Gold Weems Bruser Sues & Rundell ("GW") and is intended solely for the person addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail and do not copy or disclose it to anyone. If you are not an existing client of GW, this e-mail does not make you a client unless it specifically says so, and you should not disclose anything to GW in reply that you expect to be held in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of GW, please maintain its contents in confidence to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

**From:** Justin Giallonardo <JustinG@dargentcompanies.com>
**Sent:** Tuesday, June 28, 2022 7:43 AM
**To:** Allison Johnson <ajohnson@goldweems.com>
**Subject:** RE: Quarterly Sign Off - DAC, DAD and DAF

My job is to buy and sell real estate, not be an attorney.

With that said, if you have never seen something like this, then lets change it to something that is customary if you think it would be better for me.

████████████████████████████████████████████████████████████
██████████████████████

Thanks,



Justin Giallonardo, CCIM
*President of Development*

1460 Centre Court
Alexandria, LA 71301
318-787-6049
www.dargentcompanies.com



*Disclaimer: The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.*

**From:** Allison Johnson <ajohnson@goldweems.com>
**Sent:** Tuesday, June 28, 2022 7:39 AM
**To:** Justin Giallonardo <JustinG@dargentcompanies.com>
**Subject:** RE: Quarterly Sign Off - DAC, DAD and DAF

Good morning, Justin!  These all look good.

This is a unique approach, which we've never really seen – it seems like it's been working well so far, and hopefully it continues to prove helpful in the future (although I hope they really never become necessary).



**Allison Johnson**
Shareholder
Gold Weems Bruser Sues & Rundell
2001 MacArthur Drive
P.O. Box 6118
Alexandria, LA 71307-6118
Office: 318.445.6471 Fax: 318.445.6476
ajohnson@goldweems.com www.goldweems.com

This e-mail is from a law firm, Gold Weems Bruser Sues & Rundell ("GW") and is intended solely for the person addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail and do not copy or disclose it to anyone. If you are not an existing client of GW, this e-mail does not make you a client unless it specifically says so, and you should not disclose anything to GW in reply that you expect to be held in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of GW, please maintain its contents in confidence to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

**From:** Justin Giallonardo <JustinG@dargentcompanies.com>
**Sent:** Sunday, June 26, 2022 11:52 AM
**To:** Allison Johnson <ajohnson@goldweems.com>
**Subject:** Quarterly Sign Off - DAC, DAD and DAF

Wanted you to review these for me to see if there is anything you would add or take away. We have been getting these signed every quarter for the last year or so.

- DAF – All the same
- DAD – All are Salary
- DAC – Some salary and some hourly
- Our Org chart is attached as well.

4

Thoughts?

Thanks,



**Justin Giallonardo, CCIM**
*President of Development*

1460 Centre Court
Alexandria, LA 71301
318-787-6049
www.dargentcompanies.com



*Disclaimer: The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.*