UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT, <br> *Plaintiffs,* <br><br> VERSUS <br><br> D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY, <br> *Defendants* | * * * * * * * * * * * * * * * | CIVIL CASE NO.: 1:20-CV-01501 <br><br><br><br><br><br> JUDGE DAVID C. JOSEPH <br><br><br> MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

## PROPOSED ORDER

Considering the foregoing Motion to Enroll as Counsel of Record filed on behalf of Defendants, D'Argent Franchising, LLC, D'Argent Construction, LLC, D'Argent Companies, LLC, Thomas Giallonardo, III, and Justin Giallonardo (collectively "Defendants"):

**IT IS HEREBY ORDERED** that the motion is GRANTED, and that **Christopher P. Ieyoub; V. Ed McGuire, III; Kyle M. Beasley; and Peyton N. Robertson**, who practice with the law firm *Plauché, Smith & Nieset, L.L.C.*, are hereby enrolled as counsel of record on behalf of D'Argent Franchising, LLC, D'Argent Construction, LLC, D'Argent Companies, LLC, Thomas Giallonardo, III, and Justin Giallonardo.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, on this 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE