**Kelsi Leger**

**From:** Kenneth Bordes <kcb@kennethbordes.com>
**Sent:** Tuesday, January 9, 2024 2:10 PM
**To:** William Most
**Cc:** Chris Ieyoub; Ed Mcguire; Peyton Robertson; Caroline Gabriel
**Subject:** Re: D'Argent: Plaintiffs' Fourth Requests for Production

Ed,

Thanks for catching up with me yesterday on the discovery progress and identification of putative class folks. I understand you will be meeting with your client next week and will get back to us by the end of next week.

Please also let us know if D'Argent can send the discovery responses to the 4th RPDs sent back in November. There was a prior extension of 20 days but I don't think any docs were provided on that yet.

As discussed, the goal for sure is to see if you guys can make headway toward obtaining this information and ultimately an informed discussion on resolution. That would be in everyone's best interest. To that end, we will await your update and hope we get some momentum.

Best-
Kenny

## Law Office of Kenneth C. Bordes

4224 CANAL ST. • NEW ORLEANS • LA • 70119

P: 504.588.2700 • F: 504.708.1717 • E: kcb@kennethbordes.com

Licensed in Louisiana and New York

www.KennethBordes.com

**NOTICE: THIS BLOCK DOES NOT AND IS NOT INTENDED TO CONSTITUTE AN ELECTRONIC SIGNATURE PURSUANT TO E-SIGN 15 USC 7001 et. seq.**

This communication, together with any attachments hereto or links contained herein, is intended for the use of the intended recipient(s) only and may contain information that is confidential or legally protected. If you are not the intended recipient you are hereby notified that any review, disclosure, copying, dissemination, distribution or other use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately by return e-mail message and delete all copies of the original communication, along with any attachments hereto or links herein, from your system.

1


EXHIBIT A