**Kelsi Leger**

| | |
|---|---|
| **From:** | Heidi Lockhart |
| **Sent:** | Wednesday, February 14, 2024 10:28 AM |
| **To:** | William Most; Caroline Gabriel; Kenneth C. Bordes |
| **Cc:** | Ed Mcguire; Chris Ieyoub; Peyton Robertson; Kelsi Leger; Debbie Mathis; Jennie Aucoin |
| **Subject:** | RE: D'Argent - Plaintiffs' Fourth Requests for Production of Documents |

Per Mr. McGuire:

Gentlemen,

As we discussed the dismissal of the counterclaim in this matter made most of your current discovery moot. We responded to the rest on Monday. Let me know if you will voluntarily withdraw the current Motion to Compel.

Ed


**Heidi Lockhart Welch**
Paralegal to V. Ed McGuire, III
PLAUCHÉ, SMITH & NIESET, L.L.C.
1123 Pithon Street (70601)
P.O. Drawer 1705
Lake Charles, Louisiana 70602
Phone: 337-436-0522
Direct: 337-437-9080
Fax: 337-436-9637

---

**From:** Heidi Lockhart
**Sent:** Monday, February 12, 2024 1:54 PM
**To:** William Most <williammost@gmail.com>; Caroline Gabriel <caroline.gabriel.ma@gmail.com>; Kenneth C. Bordes <kcb@kennethbordes.com>
**Cc:** Ed Mcguire <emcguire@psnlaw.com>; Chris Ieyoub <cieyoub@psnlaw.com>; Peyton Robertson <probertson@psnlaw.com>; Kelsi Leger <kleger@psnlaw.com>; Debbie Mathis <DMathis@psnlaw.com>; Jennie Aucoin <jaucoin@psnlaw.com>
**Subject:** D'Argent - Plaintiffs' Fourth Requests for Production of Documents

Good afternoon,

Please see attached responses to Fourth Requests for Production of Documents. The attachments can be found in the link below.

📁 D'Argent - Fourth RFPD

Thank you,

**Heidi Lockhart Welch**
Paralegal to V. Ed McGuire, III
PLAUCHÉ, SMITH & NIESET, L.L.C.
1123 Pithon Street (70601)

1


EXHIBIT B