**Kelsi Leger**

| | |
|---|---|
| **From:** | William Most <williammost@gmail.com> |
| **Sent:** | Wednesday, February 14, 2024 10:33 AM |
| **To:** | Heidi Lockhart |
| **Cc:** | Caroline Gabriel; Kenneth C. Bordes; Ed Mcguire; Chris Ieyoub; Peyton Robertson; Kelsi Leger; Debbie Mathis; Jennie Aucoin |
| **Subject:** | Re: D'Argent - Plaintiffs' Fourth Requests for Production of Documents |

Ed,

We'll take a look at whether the provided responses fully respond to the non-moot discovery requests. But even if they do, FRCP 34 provides for attorneys fees " if the disclosure or requested discovery is provided after the motion was filed." Will your client agree to pay reasonable attorneys fees for the motion?

Thank you,

William

On Wed, Feb 14, 2024 at 10:28 AM Heidi Lockhart <hlockhart@psnlaw.com> wrote:

> Per Mr. McGuire:
>
> Gentlemen,
>
> As we discussed the dismissal of the counterclaim in this matter made most of your current discovery moot. We responded to the rest on Monday. Let me know if you will voluntarily withdraw the current Motion to Compel.
>
> Ed
>
> **Heidi Lockhart Welch**
>
> Paralegal to V. Ed McGuire, III
>
> PLAUCHÉ, SMITH & NIESET, L.L.C.

1



EXHIBIT C