UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT,** *Plaintiffs,* | CIVIL CASE NO.: 1:20-CV-01501 |
| **VERSUS** | JUDGE DAVID C. JOSEPH |
| **D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY,** *Defendants* | MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR SUSPENSION OF TRIAL DEADLINES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, **SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT**, and Defendants**, D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY,** appearing herein through undersigned counsel of record, who file this Joint Notice of Settlement and Request for Suspension of Trial Deadlines pursuant to Local Rule 16.4, as notice to the Court that the individual named Plaintiffs and Defendants have resolved all matters in dispute between them, except for the National Labor Relations Act claims only, made by Tabitha Sampson and Madisyn Babin. All other claims asserted by Tabitha Sampson and Madisyn Babin in this litigation are resolved. The remaining National Labor Relations Act claims of Tabitha Sampson and

1

Madisyn Babin, with the permission of the Court, will be severed and a new trial date for those claims will be selected by the parties and new counsel for defendants will also enroll to defend those claims. Collective action class member Plaintiffs and Defendants have also resolved all Fair Labor Standards Act (FLSA) claims for those joined as members to the FLSA claims in this matter. The settlement of the claims described herein is conditioned upon an agreement between the parties to standard release and dismissal terms, and to a motion to approve which will be filed with the court, which agreements and motion have not yet been finalized.

Considering the foregoing, and the preliminary settlement reached, the parties respectfully request that all deadlines be suspended until further notice from Plaintiffs and Defendants.

Respectfully submitted,

| PLAUCHE, SMITH & NIESET, L.L.C. | MOST & ASSOCIATES, L.L.C. |
|---|---|
| */s/ V. Ed McGuire, III* | */s/ William Most* |
| CHRISTOPHER P. IEYOUB (#16978) | William Most (La. Bar No. 36914) |
| V. ED MCGUIRE, III (#23861) | Caroline Gabriel (La. Bar No. 38224) |
| PEYTON N. ROBERTSON (#39315) | 201 St. Charles Ave. Suite 2500 #9685 |
| 1123 Pithon Street | New Orleans, LA 70170 |
| Lake Charles, LA 70601 | Telephone: (504) 509-5023 |
| Telephone: (337) 436-0522 | Email: caroline.gabriel.ma@gmail.com |
| Facsimile: (337) 436-9637 | williammost@gmail.com |
| Email: cieyoub@psnlaw.com | *Counsel for Plaintiffs* |
| emcguire@psnlaw.com | |
| probertson@psnlaw.com | |
| *Counsel for Defendants* | KENNETH C. BORDES, ATTORNEY AT LAW LLC |
| | */s/ Kenneth C. Bordes* |
| | Kenneth C. Bordes (#35668) |
| | 3914 Canal St. |
| | New Orleans, LA 70119 |
| | Telephone: (504) 588-2700 |
| | Facsimile: (504) 708-1717 |
| | Email: KCB@KennethBordes.com |
| | *Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT,** * * * * * | **CIVIL CASE NO.: 1:20-CV-01501** |
| *Plaintiffs,* * | |
| **VERSUS** * * | **JUDGE DAVID C. JOSEPH** |
| **D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY,** * * * * * | **MAGISTRATE JOSEPH H. L. PEREZ-MONTES** |
| *Defendants* | |

## ORDER

Considering the Joint Notice of Settlement and Request for Suspension of Trial Deadlines filed on behalf of Plaintiffs and Defendants, it is hereby ORDERED that the current December 1, 2025 trial deadlines for this matter are hereby SUSPENDED until further notice from both parties.

Thus done and signed this __ day of June 2025 in Alexandria, Louisiana.

_____
**DISTRICT COURT JUDGE**