UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| SAMANTHA WILLIAMS and DAKOTA FISHER, individually and on behalf of all others similarly situated, and WES PIGOTT,<br>   *Plaintiffs,*<br><br>VERSUS<br><br>D'ARGENT FRANCHISING, LLC, D'ARGENT CONSTRUCTION, LLC, D'ARGENT COMPANIES, LLC, THOMAS GIALLONARDO, III, JUSTIN GIALLONARDO, and XYZ INSURANCE COMPANY,<br>   *Defendants* | * * * * * * * * * * * * * * * | CIVIL CASE NO.: 1:20-CV-01501<br><br><br><br>JUDGE DAVID C. JOSEPH<br><br><br><br>MAGISTRATE JOSEPH H. L. PEREZ-MONTES |

## **ORDER**

Considering the Joint Notice of Settlement and Request for Suspension of Trial Deadlines filed on behalf of Plaintiffs and Defendants, it is hereby ORDERED that the current December 1, 2025 trial deadlines for this matter are hereby SUSPENDED until further notice from both parties.

Thus done and signed this 9th day of June 2025 in Alexandria, Louisiana.

*/s/ Joseph H.L. Perez-Montes*
~~DISTRICT COURT JUDGE~~
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

3